# Exhibit A

11-10-'04 16:41 FROM                                    T-871 P06/10 U-610

## United States Surety Company

### Application for a Compliance License and Permit Bond only

(Note: For use only in cases where bond amount does not exceed Ten Thousand Dollars ($10,000), is required by a State or Municipality for the granting of a license, and the term of the bond does not exceed one year.)

Agent's Name: _____

| Applicant's Full Name (as it appears on your license) | Taxpayer I.D. or S.S. # | Type of Entity |
|---|---|---|
| TRIGLIA EXPRESS FREIGHT, INC. | 51-036-7910 | CORPORATION |

| Address | 38001 RT. STATE BLVD. | DELMAR | DE | 19940 |
|---|---|---|---|---|
| | (Street and Number) | (City) | (State) | (Zip Code) |

Owners (Only if a Corporation or Partnership):

| # | Name | Title | % Ownership | D.O.B. | Social Security # |
|---|---|---|---|---|---|
| 1. | JOSEPH S. TRIGLIA, JR. | PRES. | 100 | | 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 |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

We, the undersigned, are applying to United States Surety Company for a **PROPERTY BROKERS SURETY BOND** (description of bond) bond. The effective date of the bond is **MAY 30, 2002** (effective date of license) in the amount of $ **10,000.00** in favor of **FEDERAL HIGHWAY ADMINISTRATION, LIC. & INS. 400 VIRGINA AVE SW SUITE 600 WASHINGTON, DC 20024** (Name and complete address of Obligee).

Have you, the company, its officers or owners had a license revoked in the past? (Y/N): **N**

Have you, the company, its officers or owners caused a Surety a loss in the past? (Y/N): **N**

Is this bond for a new or renewal license? **RENEWAL**   Name of prior surety: **INDEMNITY CO. OF NORTH AMERICA**

In consideration of the execution of the bond herein applied for, and any renewals or extensions of said bond, the undersigned Applicant, Indemnitor and Indemnitors (all owners must sign as indemnitors), hereby jointly and severally agree to indemnify and hold Surety harmless against any loss, costs or expenses of whatever kind by reasons of its execution of said bond, renewal or extension. Furthermore, the undersigned agree to pay the Surety the agreed upon premium for this bond, and any renewal or extension thereof.

I/We have read this Application and affix our signatures this **20th** day of **May**, 20 **02**.

Name of Applicant: **TRIGLIA EXPRESS FREIGHT, INC.**   (Affix Corporate Seal)

By: _[signature]_ Pres.   Witness: _B.J. Matkowski_
   (Signature and Title)

By: _[signature]_   Witness: _B.J. Matkowski_
   (Indemnitor)

By: _____   Witness: _____
   (Indemnitor)

By: _____   Witness: _____
   (Indemnitor)

By: _____   Witness: _____
   (Indemnitor)

USSC Permit

According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number. It is estimated that an average of 10 minutes per response is required to complete this collection of information. This estimate includes time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Comments concerning the accuracy of this burden estimate or suggestions for reducing this burden should be directed to the Federal Highway Administration, 400 7th St., SW, Washington, DC 20590.

B.M.C. 84
(10/98)

USSC No. 004727

**COPY**

FILER FHWA
ACCOUNT NO._____

License No.
MC_____

## PROPERTY BROKER'S SURETY BOND UNDER 49 U.S.C. 13906

KNOW ALL MEN BY THESE PRESENTS, That we __Triglia Express, Inc.__
(Name of Property Broker)

of __Route 2, Box 422__                __Delmar__       DE    19940
   (Street)                             (City)        (State) (Zip code)

as PRINCIPAL (hereinafter called Principal), and __United States Surety Company__
(Name of Surety)

a corporation, or a Risk Retention Group established under the Liability Risk Retention Act of 1986, Pub. L. 99-563, created and existing under the laws of the State of __Maryland__ (hereinafter called Surety) are held and
(State or District of Columbia)
firmly bound unto the United States of America in the sum of $10,000, for which payment, well and truly to be made, we bind ourselves and our heirs, executors, administrators, successors, and assigns, jointly and severally, firmly by these presents.

WHEREAS, the Principal is or intends to become a Broker pursuant to the provisions of Title 49 U.S.C. 13904, and the rules and regulations of the Federal Highway Administration relating to insurance or other security for the protection of motor carriers and shippers, and has elected to file with the Federal Highway Administration such a bond as will ensure financial responsibility and the supplying of transportation subject to the ICC Termination Act of 1995 in accordance with contracts, agreements, or arrangements therefore, and

WHEREAS, this bond is written to assure compliance by the Principal as a licensed Property Broker of Transportation by motor vehicle with 49 U.S.C. 13906(b), and the rules and regulations of the Federal Highway Administration, relating to insurance or other security for the protection of motor carriers and shippers, and shall inure to the benefit of any and all motor carriers or shippers to whom the Principal may be legally liable for any of the damages herein described.

NOW, THEREFORE, the condition of this obligation is such that if the Principal shall pay or cause to be paid to motor carriers or shippers by motor vehicle any sum or sums for which the Principal may be held legally liable by reason of the Principal's failure faithfully to perform, fulfill, and carry out all contracts, agreements, and arrangements made by the Principal while this bond is in effect for the supplying of transportation subject to the ICC Termination Act of 1995 under license issued to the Principal by the Federal Highway Administration, then this obligation shall be void, otherwise to remain in full force and effect.

The liability of the Surety shall not be discharged by any payment or succession of payments hereunder, unless and until such payment or payments shall amount in the aggregate to the penalty of the bond, but in no event shall the Surety's obligation hereunder exceed the amount of said penalty. The Surety agrees to furnish written notice to the Federal Highway Administration forthwith of all suits filed, judgements rendered, and payments made by said Surety under this bond.

This bond is effective the __30th__ day of __May__, 2002, 12:01 a.m., standard time at the address of the Principal as stated herein and shall continue in force until terminated as hereinafter provided. The Principal or the Surety may at any time cancel this bond by written notice to the Federal Highway Administration at its office in Washington, DC, such cancellation to become effective thirty (30) days after actual receipt of said notice by the FHWA on the prescribed Form BMC-36, Notice of Cancellation Motor Carrier and Broker Surety Bond. The Surety shall not be liable hereunder for the payment of any damages hereinbefore described which arise as the result of any contracts, agreements, undertakings, or arrangements made by the Principal for the supplying of transportation after the termination of this bond as herein provided, but such termination shall not affect the liability of the Surety hereunder for the payment of any such damages arising as the result of contracts, agreements, or arrangements made by the Principal for the supplying of transportation prior to the date such termination becomes effective.

The receipt of this filing by the FHWA certifies that a Broker Surety Bond has been issued by the company identified above, and that such company is qualified to make this filing under Section 387.315 of Title 49 of the Code of Federal Regulations.

Falsification of this document can result in criminal penalties prescribed under 18 U.S.C., 1001.

IN WITNESS WHEREOF, the said Principal and Surety have executed this instrument on the

___28th___ day of ___May___, 2002.

**PRINCIPAL**                                    **SURETY**

Name TRIGLIA EXPRESS, INC.    Name UNITED STATES SUR(SEAL) COMPANY

By: _____    By: _____
    Signature & Title              Signature & Title
    JOSEPH TRIGLIA, PRES.          PATRICK D. BOCCIA, ATTORNEY-IN-FACT

Witness: _____    Witness: _____

# UNITED STATES SURETY COMPANY
## Power of Attorney Number
## 12154

KNOWN ALL MEN BY THESE PRESENTS, That United States Surety Company (the "Company"), a corporation existing under the laws of the State of Maryland, does hereby constitute and appoint Jordan D. Gladden, Thomas J. Wisniewski, Patrick [...] Moore of the City of Salisbury, State of Maryland, its true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign its name as surety to, and to execute, seal and acknowledge any and all bonds, undertakings, contracts and other written instruments in the nature thereof of the Company in its business of providing suretyship in and for the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law, subject to the following limitations:

No single bond shall obligate the Company for any sum in excess of Three Million Dollars ($3,000,000).

This Power of Attorney is granted and is signed by authority of the following Resolutions adopted by the Board of Directors of United States Surety Company on the 29th day of July, 1996.

IN WITNESS WHEREOF, United States Surety Company has caused these presents to be signed by its proper officers, and its corporate seal to be hereunto affixed this 5th day of March, 2002.

Richard E. Klein, President        Michael J. Klein, Corporate Secretary

STATE OF MARYLAND
BALTIMORE COUNTY    SS:

On this 5th day of March, A. D. 2002, before me personally came Richard E. Klein, President of the United States Surety Company, and Michael J. Klein, Corporate Secretary of said Company, with both of whom I am personally acquainted, who being by me severally duly sworn, said, that they, the said Richard E. Klein and Michael J. Klein were respectively the President and Corporate Secretary of the United States Surety Company, the corporation described in and which executed the foregoing Power of Attorney.

(Signed) _Jean Grzymala_
NOTARY PUBLIC
My Commission expires the 1st day in December, 2004.

RESOLVED, that in connection with the surety insurance business of the Company, all bonds, undertakings, contracts and other instruments relating to said business may be signed, executed, and acknowledged by persons or entities appointed as Attorney(s)-in-Fact pursuant to any Power of Attorney issued in accordance with these resolutions ("Powers of Attorney"). All Powers of Attorney for and on behalf of the Company shall be executed in the name and on behalf of the Company, either by the Chair, or the President, or a Vice President jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signatures of such officers and the seal of the Company may be also be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Attorney(s)-in-Fact, for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof. Subject to any limitations set forth therein and unless such Power of Attorney is subsequently revoked, any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company, and any such Power of Attorney so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is validly attached.

RESOLVED, that Attorney(s)-in-Fact shall have the power and authority, subject to the terms and limitations of the Power of Attorney issued to them and unless subsequently revoked, to execute and deliver on behalf of the Company and to attach the seal of the Company to any and all bonds and undertakings, and other writings obligatory in the nature thereof, and any such instrument executed by such Attorney(s)-in-Fact shall be as binding upon the Company as if signed by the Company's Chair, the President or a Vice President, and sealed and attested to by the Corporate Secretary or an Assistant Secretary.

I, Michael J. Klein, Secretary of United States Surety Company, do hereby certify that the foregoing is a true excerpt from the Resolution of the said Company as adopted by its Board of Directors on the 29th day of July, 1996, and that this Resolution is in full force and effect.

I, the undersigned Secretary of United States Surety Company, do hereby certify that the foregoing Power of Attorney is in full force and affect and has not been revoked.

In testimony whereof, I have hereunto set my hand and the seal of United States Surety Company on this __28th__ day of __May__, 2002.



Michael J. Klein, Corporate Secretary