js 44 (REV. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS OF THE REVERSE OF THE FORM.)

| I (a) PLAINTIFFS<br>United States Surety Company<br><br>b) County of Residence of First Listed Plaintiff<br><u>Baltimore</u> <u>County,</u> <u>Maryland</u><br>(EXCEPT IN U.S. PLAINTIFF CASES) | DEFENDANTS<br>M. Miller Trucking Co. LLC, Acme Truck Line, Inc., BBB Trucking, Inc., Best Freight Systems, Inc., Bunch Transport, Inc. , Cedray Transportation, Ltd. , Century Furniture, LLC , CJW Transport, Inc. , C-Line, Inc. , CoreTrans, LLC, Croft, LLC, Dan Sullivan Trucking, Inc. , DAT Trading & Sales Co., Inc., Dry Ice Sales & Service , Gammel Transportation, LLC , Gene Hyde Trucking Co., Inc. , Goodins Central Dispatch Services, Inc., Greene Transport Co., Hyde Trucking Co., HT Jackson Transport, Inc., Implant Brokers, Inc., J.H. Transport, Inc., Jones Motor Co., Inc., K Truck Lines, Inc. , Keith Saari Trucking, Lippold & Arnett, Inc., Louisiana Transportation, Inc., M&B Trucking Corp. , Allen Michael Mitrisin d/b/a M&M Transport, Inc. , Nelson Freight Service , Inc., James E. Ooten d/b/a Ocoee Trucking , P&S Enterprises, Inc. , Tracey Peters d/b/a Peters Trucking , Preferred Materials, Inc. ,  Ridge Transportation Logistics, LLC , Russell's Truck Division, Inc. , Ryan Logistics, Inc. , Scotland Transfer Co., Inc. , Service First Transport , Inc., Southeast Logistics, Inc. , Summit Transportation Systems, Inc. , Teton Transportation , Inc., Trans-Link, Inc., Truckers Express, Inc. , Truckfix, Inc. , Walter Umstead d/b/a Umstead Trucking , Unique Freight Systems, Inc. , United Freight, Inc., Wilkins Trucking, and XRG Logistics, Inc.<br><br>County of Residence of First Listed Defendant:<br><u>Wright</u> <u>County,</u> <u>Minnesota</u><br>(IN U.S. PLAINTIFF CASES ONLY)<br><br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE  TRACT OF LAND INVOLVED |
| (c) Attorney's (Firm Name, Address and Telephone Number)<br>Donald R. Kinsley, Esquire (I.D. No. 3006)<br>Brian L. Kasprzak, Esquire (I.D. No. 3846)<br>MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.<br>913 N. Market St., Suite 800<br>Wilmington, Delaware 19801<br>(302) 658-6538 | Attorney's (If Known) |

| II. BASIS OF JURISDICTION (Place an "X" in One Box Only) | III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box (For Diversity Cases Only) for Plaintiff and One Box for Defendant) |
|---|---|
| ″ 1 U.S. Government         ″ 3 Federal Question<br><br>″ 2 U.S. Government         X 4 Diversity<br>   Defendent              (Indicated Citizenship of Parties in Item III) |                       PTF  DEF                                                 PTF  DEF<br>Citizen of This State    ″ 1  ″ 1    Incorporated or Principal Place  ″ 4  ″ 4<br>                                                      of Business in This State<br><br>Citizen of Another State ″ 2  ″ 2    Incorporated and Principal Place  x 5  x 5<br>                                                      of Business in Another State<br><br>Citizen or Subject of a  ″ 3  ″ 3    Foreign Nation                ″ 6  9 6<br>  Foreign Country |

### IV. NATURE OF SUIT  *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | 9 610 Agriculture | 9 422 Appeal 28 USC 158 | 9 422 State Reapportionment |
| 9 110 Insurance | 9 310 Airplane | 9 362 Personal Injury– | 9 620 Other Food & Drug | 9 423 Withdrawal | 9 410 Antitrust |
| 9 120 Marine | 9 315 Airplane Product | Med Malpractice | 9 625 Drug Related Seizure | 28 USC 157 | 9 430 Banks and Banking |
| 9 130 Miller Act | Liability | 9 365 Personal Injury – | of Property 21 USC 881 | | 9 450 Commerce/ICC Rates/etc. |
| 9 140 Negotiable Instrument | 9 320 Assault, Libel & | Product Liability | 9 630 Liquor Laws | **PROPERTY RIGHTS** | 9 460 Deportation |
| 9 150 Recovery of | Slander | 9 368 Asbestos Personal | 9 640 R.R. & Truck | 9 820 Copyrights | |
| Overpayment & | 9 330 Federal Employers' | Injury Product Liability | 9 650 Airline Regs | 9 830 Patent | 9 470 Racketeer Influenced and |
| Enforcement of Judgment | Liability | | 9 660 Occupational | 9 840 Trademark | Corrupt Organizations |
| 9 151 Medicare Act | 9 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | 9 480 Consumer Credit |
| 9 152 Recovery of Defaulted | 9 345 Marine Product | 9 370 Other Fraud | 9 690 Other | | 9 490 Cable/Sat TV |
| Student Loans | Liability | 9 371 Truth in Lending | | | 9 810 Selective Service |
| (Exclu. Veterans) | 9 350 Motor Vehicle | 9 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 9 850 Securities/Commodities / |
| 9 160 Stockholders Suits | 9 355 Motor Vehicle Product | Property Damage | 9 710 Fair Labor Standards | 9 861 HIA (1395ff) | Exchange |
| X 190 Other Contract | Liability | 9 385 Property Damage | Act | 9 862 Black Lung (923) | 9 875 Customer Challenge |
| 9 195 Contract Product | | Property Liability | 9 720 Labor/Mgmt. | 9 863 DIWC/DIWW | 12 USC 3410 |
| Liability | | | Relations | (405(g)) | 9 891 Agricultural Acts |
| 9 196 Franchise | | | 9 730 Labor/Mgmt.Reporting | 9 864 SSID Title XVI | 9 892 Economic Stabilization |
| | | | & Disclosure Act | 9 865 RSI (405(g)) | 9 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 9 740 Railway Labor Act | **FEDERAL TAX SUITS** | 9 894 Energy Allocation Act |
| 9 210 Land Condemnation | 9 441 Voting | 9 510 Motions to Vacate | 9 790 Other Labor | 9 870 Taxes (U.S. Plaintiff or | 9 895 Freedom of Information |
| 9 220 Foreclosure | 9 442 Employment | Sentence | Litigation | Defendant) | Act |
| 9 230 Rent Lease & Ejectment | 9 443 Housing/ | | 9 791 Empl. Ret. Inc. | 9 871 IRS -- Third Party 26 | 9 900 Appeal of Fee |
| 9 240 Torts to Land | Accommodations | **Habeas Corpus:** | Security Act | USC 7609 | Determination Under Equal |
| 9 245 Tort Product Liability | 9 444 Welfare | 9 530  General | | | Access to Justice |
| 9 290 All Other Real Property | 9 445 Amer. w/Disabilities - | 9 535  Death Penalty | | | 9 950 Constitutionality of State |
| | Employment | 9 540  Mandamus & Other | | | Statutes |
| | 9 446 Amer. w/Disabilities - | 9 550  Civil Right | | | |
| | Other | 9 555 Prison Condition | | | |
| | 9 440 Other Civil Rights | | | | |

### V. ORIGIN   *(Place an "X" in One Box Only)*

: 1 Original Proceeding    9 2 Removed from State Court    9 3 Remanded from Appellate Court    9 4 Reinstated or Reopened    9 5 Transferred from another district (specify)    9 6 Multidistrict Litigation    9 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing. **(Do not cite jurisdictional statutes unless diversity)**: **28 U.S. § 1335(a)**

Brief description of cause: **Interpleader for surety bond.**

### VII. REQUESTED IN COMPLAINT:

· CHECK IF THIS IS A  **CLASS ACTION**  UNDER F.R.C.P 23    DEMAND $    Check  YES only if demanded in complaint:
**JURY DEMAND:** 9 YES   : NO

### VIII. RELATED CASE(S) IF ANY    (See instructions)

JUDGE _____    DOCKET NUMBER _____

DATE                SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

DE045009.1

# INSTRUCTIONS FOR ATTORNEYS COMPLETING; CIVIL COVER SHEET FORM JS-44

### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. (a) Plaintiffs - Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abreviations. If the plaintiff or defendant is an official within a govenrment agency, identify "first the agency and then the official, giving both name and title.

(b)County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved).

(c)Attorneys. Enter firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shwon below.

United States plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) Where the plaintiff is suing the United States, its officers or agencies, place an X in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different state. When Box 4 is checked, the citizenship of the different parties. (See Section III below; federal question actions take precedence over diversity cases.)

III. Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the disctirct court for further action. Use the date of remand as the filing date. Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision.

VI. Cause of Action. Report the civil statue directly related to the cause of action and give a brief description of the cause.

VII. Requestd in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunctionn.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. Related Cases. This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.