AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. **05 - 675**

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____49____ COPIES OF AO FORM 85.

SEP 1 6 2005

_____
(Date forms issued)

_____
(Signature of Party or their Representative)

Sharon M. Hartman
_____
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action