IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES SURETY COMPANY       *

    Plaintiff       *    Civil Action No.: 05-675 GMS

v.       *

M. MILLER TRUCKING, et al.       *

    Defendants       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*

FILED
OCT - 3 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

WHEREAS, the Plaintiff in this action wishes to deposit the sum of $10,000.00 with the Clerk of this Court; and

WHEREAS, the deposit of said funds is authorized by Fed.R.Civ.P.67 and subject to Order of the Court,

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Clerk of the Court shall accept the sum of $10,000.00 from the Plaintiff.

2. Within ten (10) days of receipt of the check representing payment of the aforesaid sum from the Plaintiff, the Clerk of the Court shall draw a check against the Registry of the Court in the amount of $10,000.00 made payable to Wachovia Bank and deliver same to Wachovia Bank, together with a certified copy of this Order.

3. Upon receipt of said check by Wachovia Bank, it shall be deposited in a money market account to be opened in the name of "Clerk of the Court of the United States District Court for the District of Delaware, Civil Action No. 05-675 GMS ".

4. The Clerk of the Court shall deduct, from the income earned on the investment, a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office, at equal to ten percent (10%) of the income earned on the investment, whenever such income becomes available for deduction in the investment so held and without further order of the Court.

5. The funds deposited with Wachovia Bank shall remain on deposit until further order of the Court.

DATED: Oct. 3 , 2005

_____
United States District Judge

{DE044972.1}