# UNITED STATES DISTRICT COURT
For the District of Delaware

United States Surety Company

V.

SUMMONS IN A CIVIL CASE

M. Miller Trucking et al.

CASE NUMBER : 05-675 GMS

TO:  SUMMIT TRANSPORTATION
Robert E. Cellasio, President
3257 49th Street
Pennsauken, New Jersey 08109

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY:

Donald R. Kinsley, Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street, Suite 800
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

__PETER T. DALLEO_____     __DEC 1 6 2005_____
CLERK                            DATE

__Evette Wilson_____
(By) DEPUTY CLERK

DE050187.1

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 12/19/05 |
|---|---|
| NAME OF SERVER (PRINT) Donald R. Kinsley | TITLE Attorney for Plaintiff |

*Check one box below to indicate appropriate method of service*

    Served personally upon the defendant. Place where served:

O  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

O  Returned unexecuted:

Other (specify): Certified mail return receipt requested

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct..

Executed on  12/22/05
            Date

Signature of Server

Marks O'Neill O'Brien & Courtney
913 N. Market St.
Suite 800
Wilmington, DE 19801
Address of Server

*(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.*

DE050187.1

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Summit Transport
Street, Apt. No.; or PO Box No.: C/A Robert E. Cellasio, Pres.
City, State, ZIP+4:

PS Form 3800, June 2002                    See Reverse for Instructions

7002 2410 0004 2240 0994

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Robert E. Cellasio, President
   3257 49th Street
   Pennsauken, New Jersey 08109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Cellasio_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 12-19-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7002 2410 0004 2240 0994

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540