# UNITED STATES DISTRICT COURT
For the District of Delaware

United States Surety Company

V.

**SUMMONS IN A CIVIL CASE**

M. Miller Trucking et al.

CASE NUMBER : 05-675 GMS

TO:  WALTER UMSTEAD d/b/a
UMSTEAD BROTHERS TRUCKING, INC.
Walter Umstead
UMSTEAD BROTHERS TRUCKING, INC.
805 Newcombe Road
Raleigh, North Carolina 27610-4724

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY:

Donald R. Kinsley, Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street, Suite 800
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**PETER T. DALLEO**                                     DEC 1 6 2005
CLERK                                                           DATE

_Evotte Watson_ (signature)
(By) DEPUTY CLERK

DE050187.1

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 12/16/05 |
| NAME OF SERVER (PRINT) Donald R. Kinsley | TITLE Attorney |

Check one box below to indicate *appropriate method* of service

    Served personally upon the defendant. Place where served:

O  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

O  Returned unexecuted:

Other (specify): Certified mail, return receipt requested

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct..

Executed on   1/3/06
              Date

Signature *of Server*
Marks O'Neill O'Brian & Courtney
913 N. Market St Suite 800
Wilmington DE 19801
Address *of Server*

*(1)* As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

DE050187.1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

1. Article Addressed to:

   Walter Umstead
   UMSTEAD BROTHERS TRUCKING, INC.
   805 Newcombe Road
   Raleigh, North Carolina 27610-4724

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7002 2410 0004 2240 1090

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Reciept Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To  Umstead Trucking
Street, Apt. No.; or PO Box No.  C/A Walter Umstead
City, State, ZIP+4

PS Form 3800, June 2002    See Reverse for Instructions

7002 2410 0004 2240 1090