# UNITED STATES DISTRICT COURT
For the District of Delaware

United States Surety Company

V.

SUMMONS IN A CIVIL CASE

M. Miller Trucking et al.

CASE NUMBER : 05-675 GMS

TO:   BEST FREIGHT SYSTEMS, INC.
      Jamie Milks
      Registered Agent
      2301 Scott Street
      Laredo, Texas 78040

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY:

Donald R. Kinsley, Esq.
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street, Suite 800
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_PETER T. DALLEO_                    DEC 1 6 2005
CLERK                                DATE

_Beth Dunn_
(By) DEPUTY CLERK

DE050187.1

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 1/5/06 |
|---|---|
| NAME OF SERVER (PRINT) Donald R. Kinsley | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

---

    Served personally upon the defendant. Place where served:

O  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left:

O  <u>Returned unexecuted:</u>

---

    Other (specify): Certified Mail return receipt requested

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct..

Executed on    1/9/06
            Date

Signature *of Server*
Marks O'Neill O'Brien & Courtney
913 N. Market St. Suite 800
Wilmington DE 19801
Address *of Server*

---

*(1)* As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.