UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

United States Surety Company

           Plaintiff,

vs.

M. Miller Trucking et al.

           Defendants.

Case No. 05-675 GMS

### NOTICE OF RETAINER

RECEIVED JAN 1 2 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**TO:** Attorney Donald R. Kinsley
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street, Suite 800
Wilmington, DE 19801

**PLEASE TAKE NOTICE,** that the undersigned has been retained by the Defendant, Nelson Freight Service, Inc., in the above entitled action and hereby makes demand that copies of all papers subsequently served/sent to the aforementioned Defendant in said action be served upon COGGINS & WOLFE, at its office located at 900 26th Street, Suite 2, Menominee, Michigan, 49858.

Dated this ____ day of January, 2006.

COGGINS & WOLFE,

By: _____

COGGINS & WOLFE
900 26th Street, Suite 2
Menominee, MI 49858
(906) 864-7797

Steven E. Wolfe
MI Bar No.: (P42044)
WI Bar No.: (1000511)
Attorney for Defendant, Nelson Freight Service, Inc.