UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

United States Surety Company

           Plaintiff,

vs.

M. Miller Trucking et al.

           Defendants.

Case No. 05-675 GMS



RECEIVED JAN 1 2 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**AFFIDAVIT OF MAILING**

STATE OF MICHIGAN  )
                            :ss
MENOMINEE COUNTY  )

     I, Ashley Coggins, Legal Secretary at Coggins & Wolfe Law Firm of Menominee, Michigan, being first duly sworn, state that on the 9th day of January, 2006, I mailed and properly enclosed in a postpaid envelope a conformed copy of **1.) Notice of Retainer; 2.) Answer;** and **3.) Affidavit of Mailing** in the above-entitled action addressed to each of the following at the address after each respective name, to-wit:

M. Miller Trucking
1251 Irvine Drive, N.E.
Hanover, MN  55341

Bunch Transport, Inc.
2000 Mabeline Road
North Charleston, SC  29419

Keith Saari Trucking
38144 Plainview Drive
Sterling Heights, MI  48312

Hyde Trucking Company, Inc.
2384 Segment Industrial Court, N.W.
Conyers, GA  30012

Century Furniture, LLC
401 11th Street, N.W.
Hickory, NC  28601

Acme Truck Line, Inc.
121 Pailet Drive
Harvey, LA  70058

Unique Freight Systems
P.O. Box 966
Hope, AK  71802

Trans-Link, Inc.
888 Larch Avenue
Elmhurst, IL  60126

Summit Transportation Systems, Inc.
3257 49th Street
Pennsauken, NJ  08109

Coretrans, LLC
P.O. Box 3210
West Somerset, KY  42564

Dan Sullivan Trucking, Inc.
P.O. 878
Munfordville, KY 42765

Dry Ice Sales & Service, Inc.
6760 Ky Dam Road
Paducah, KY 42003

Goodins Central Dispatch Services, Inc.
887 N. Gardiner
Scottsburg, IN 47170

Implant Brokers, Inc.
P.O. Box 71480
Columbus, OH 43271

Jones Motor Co., Inc.
Bridge Street & Schuylkill Road
Spring City, PA 19475

H.T. Jackson Transport, Inc.
160 Hidden Hill Road
Spartanburg, SC 29301

Louisiana Transportation, Inc.
12225 Stephens Road
Warren, MI 48089

James E. Ooten d/b/a Ocoee Trucking
P.O. Box 272
Ocoee, TN 37361

Tracey Peters d/b/a Peters Trucking
946 South 98th Street
Mesa, AZ 85208

Walter Umstead d/b/a Umstead Trucking
4208 Boseman Road
Rocky Mount, NC 27804

Scotland Transfer Co., Inc.
16961 Barnes Drive
Laurinburg, NC 28353

Dat Trading & Sales Co., Inc.
P.O. Box 2897
West Columbia, SC 29169

Gene Hyde Trucking Co., Inc.
2940 Swindell Road
Lakeland, FL 33805

Greene Transport Company
1702 South Washington Avenue
Titusville, FL 32796

J.H. Transport, Inc.
1475 Territorial Road
Benton Harbor, MI 49022

Lippold & Arnett, Inc.
21149 Route 4
Carlinville, IL 62626

K Truck Lines, Inc.
P.O. Box 53247
Grand Prairie, TX 75053

M & B Trucking Corp.
3101 Buckley Avenue
Lake Worth, FL 33461

P and S Enterprises, Inc.
P.O. Box 65
Pilot Grove, MO 65276

Preferred Materials, Inc.
15023 Highway 80
Minden, LA 71055

Ridge Transportation Logistics, Inc.
1895 90th Avenue
Vero Beach, FL 32966

Service First Transport, Inc.
5615 East Powhatan Avenue, Suite C
Tampa, FL 33610

Southeast Logistics, Inc.
P.O. Box 1309
Tuscaloosa, AL 35403

Truckers Express, Inc.
725 Market Street
Wilmington, DE 19899

BBB Trucking, Inc.
8305 Talton
Houston, TX 77028

Croft, LLC
107 Oliver Emmerich Drive
McComb, MS 39648

Allen Michael Mitrisen d/b/a MM Transport
29181 Cortez Boulevard
Brooksville, FL 34602

Ryan Logistics, Inc.
325 Co. Road 1760
Joppa, AL 35087

CJW Transport, Inc.
32 Walker Road
Quincy, FL 32351

Truckfix, Inc.
888 Larch Avenue
Elmhurst, IL 60126

XRG Logistics, Inc.
601 Cleveland Street, Suite 820
Clearwater, FL 33755

Teton Transportation, Inc.
5651 South National Drive
Knoxville, TN 37914

Wilkins Trucking
1094 South Railroad Street
Warsaw, NC 28398

Best Freight Systems, Inc.
P.O. Box 1322
Laredo, TX 78042

Gammel Transportation, LLC
1404 County Road 101
New Albany, MS 38652

Russell's Truck Division, Inc.
1008 South Danville Road
Harrodsburg, KY 40330

Cedray Transportation, Ltd.
336 Cane Creek Drive
Stockbridge, GA 30281

C-Line, Inc.
340 Jefferson Boulevard
Warwick, RI 02888

United Freight, Inc.
319 Baylor Street
Texarkana, TX 75501

_Ashley Coggins_
Ashley Coggins

Subscribed and Sworn to before me
This 9th day of January, 2006.

_Lynn A. Steinbrecher_
Lynn A. Steinbrecher, Notary Public, State of Michigan
My Commission Expires: 3/2/08
Acting in the County of Menominee, MI.