Law Offices of

## COGGINS & WOLFE

900 26th Street, Suite 2
Menominee, MI 49858

**Kim A. Coggins**
**Licensed in MI & WI**

**Telephone (906) 864-7797**
**Facsimile (906) 864-2216**

**Steven E. Wolfe**
**Licensed in MI & WI**

January 17, 2006

United States District Court
District of Delaware
Attn: Clerk of Courts
844 N. King Street
Wilmington, DE 19801

    RE:   United States Surety Company v. M. Miller Trucking, Co., et al
           Case No. 05-675-GMS

Dear Clerk:

Thank you for your kind letter of January 12, 2006. Given the small amount involved, I am withdrawing my notice of retainer in this matter, and my clients will proceed pro se in the future. Their address of record should be noted as follows:

Nelson Freight Service, Inc.
Attn: Mr. Jon Nelson
N3068 County Road RW
Peshtigo, WI 54157

Please find enclosed for filing an **Affidavit of Mailing** in regards to the above referenced case. Please conform and return the extra copy enclosed. Should you have any questions, please do not hesitate to contact our office.

Sincerely yours,

COGGINS & WOLFE

By: *Steven E. Wolfe*
     Steven E. Wolfe

Enc.
cc: All parties of record



FILED
JAN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

by mail

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

United States Surety Company

        Plaintiff,

vs.

M. Miller Trucking et al.

        Defendants.

Case No. 05-675 GMS

### AFFIDAVIT OF MAILING

STATE OF MICHIGAN    )
                                 :ss
MENOMINEE COUNTY  )

    I, Lynn A. Steinbrecher, Legal Assistant at Coggins & Wolfe Law Firm of Menominee, Michigan, being first duly sworn, state that on the 17th day of January, 2006, I mailed and properly enclosed in a postpaid envelope a conformed copy of **1.) Letter dated January 17, 2006 regarding withdrawal of Notice of Retainer; and 2.) Affidavit of Mailing** in the above-entitled action addressed to each of the following at the address after each respective name, to-wit:

Attorney Donald R. Kinsley
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market Street, Suite 800
Wilmington, DE 19801

Nelson Freight Service, Inc.
Attn: Mr. Jon Nelson
W3068 County Road RW
Peshtigo, WI 54157

                                                              _Lynn A. Steinbrecher_
                                                              Lynn A. Steinbrecher

Subscribed and Sworn to before me
This 17th day of January, 2006.

_Mary Lou Nesberg_
Mary Lou Nesberg, Notary Public, State of Michigan
My Commission Expires: 6/29/07
Acting in the County of Menominee, MI.

FILED

JAN 20 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE