IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES SURETY CO. | )<br>) |
| Plaintiff | )<br>) |
| v. | ) Civil Action No. 05-675 GMS<br>) |
| CEDRAY TRANSPORTATION, et al. | )<br>) |
| Defendants. | ) |

### ORDER

WHEREAS, on September 16, 2005, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on September 16, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on November 15, 2005, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated: March 1, 2006      /s/ Gregory M. Sleet
                          UNITED STATES DISTRICT JUDGE