IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES SURETY CO. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.  05-675 GMS |
| ) | |
| CORE TRANS LLC, et al. ) | |
| ) | |
| Defendants. ) | |

**<u>ORDER</u>**

WHEREAS, on September 16, 2005, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on December 16, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on January 5, 2006, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated:  March 1, 2006        /s/ Gregory M. Sleet
                                                UNITED STATES DISTRICT JUDGE