IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES SURETY CO.      ) | |
|                                  ) | |
|         Plaintiff                ) | |
|                                  ) | |
|    v.                             ) | Civil Action No. 05-675 GMS |
|                                  ) | |
| LIPPOLD & ARNETT, INC., et al.     ) | |
|                                  ) | |
|        Defendants.         ) | |

**ORDER**

WHEREAS, on September 16, 2005, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on December 20, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on January 9, 2006, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated: March 1, 2006                          /s/ Gregory M. Sleet
                                                                  UNITED STATES DISTRICT JUDGE