IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES SURETY CO. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 05-675 GMS |
| | ) |
| PREFERRED MATERIALS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, on September 16, 2005, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on December 28, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on January 17, 2006, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.


Dated: March 1, 2006        /s/ Gregory M. Sleet
                            UNITED STATES DISTRICT JUDGE