IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES SURETY CO. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>SOUTHEAST LOGISTICS, INC., et al. )<br>)<br>Defendants. ) | Civil Action No. 05-675 GMS |

## **ORDER**

WHEREAS, on September 16, 2005, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on September 16, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on November 15, 2005, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.


Dated: March 2, 2006            /s/ Gregory M. Sleet
                                UNITED STATES DISTRICT JUDGE