IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES SURETY CO. | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 05-675 GMS |
| UNITED FREIGHT, INC., et al. | ) ) | |
| Defendants. | ) | |

### **ORDER**

WHEREAS, on September 16, 2005, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on September 16, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on November 15, 2005, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated: March 2, 2006        /s/ Gregory M. Sleet
                            UNITED STATES DISTRICT JUDGE