IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES SURETY COMPANY )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>BB TRUCKING, INC., C-LINE, INC., )<br>HYDE TRUCKING CO., )<br>JAMES E. OOTEN, SCOTLAND )<br>TRANSFER CO., INC., SERVICE )<br>FIRST TRANSPORT, INC., and )<br>TRANS LINK, INC. )<br>)<br>)<br>Defendants. ) | Civil Action No.  05-675 GMS |

## **ORDER**

It appearing from the court file and docket that no summonses have been issued in the above-captioned matter for the defendants BB Trucking, Inc., C-Line, Inc., Hyde Trucking Co., James E. Ooten, Scotland Transfer Co., Inc., Service First Transport, Inc., and Trans Link, Inc., and the 120-day limit for the completion of service in this case having expired and the defendants not having been served within that time period,

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this order, as to why the above-captioned case should not be dismissed as to the above-named defendants without further notice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

March 2,  2006                    /s/ Gregory M. Sleet
                                   UNITED STATES DISTRICT JUDGE