IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES SURETY CO. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )    Civil Action No.  05-675 GMS |
| | ) |
| HT JACKSON TRANSPORT, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

WHEREAS, on September 16, 2005, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on December 19, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on January 9, 2006, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1.  The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.


Dated:  March 2, 2006                    /s/ Gregory M. Sleet
                                         UNITED STATES DISTRICT JUDGE