**M. Miller Trucking, Inc.**
**1251 Irvine Dr.**
**Hanover, MN 55341**
Phone: 763-497-9708
Fax: 763-497-9702
Email: mmillertrucking@hotmail.com

To whom it may concern:                                              3/7/06

Civil Action No. 05-675 GMS

In regards to the letter I have received on 3/6/06 I motion for extension of time to answer complaint as I just received this letter on 3/6/06.

Dated: March 7, 2006                              _____
                                                  M. Miller Trucking, Inc.