Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

FILED
MAR 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE   RG
Scanned

K Truck Lines, Inc.
Fred Knox, Registered Agent
Hunter-Ferrell Road and Doggo Road
P.O. Box 53247
Grand Prairie, Texas 75053

NIXIE   750   1   00   03/05/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 19899001818   *1627-15387-01-41

WILMINGTON
01 MAR 2006 PM
US POSTAGE
Mailed From 19801

U.S.M.S.
X-RAY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES SURETY CO. | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 05-675 GMS |
| K TRUCK LINES, INC., et al. | ) ) ) |
| Defendants. | ) |

### ORDER

WHEREAS, on September 16, 2005, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on October 4, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on December 5, 2005, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated: March 1, 2006        /s/ Gregory M. Sleet
                            UNITED STATES DISTRICT JUDGE

FILED
MAR 1 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE