# Ryan Logistics Inc.

325 County Road 1760
Joppa, AL  35087
256-796-5116
Fax number: 256-796-5682

Dear Sir,

    I am writing in regards to several letters I received last year concerning a lawsuit, : Civil Action No. 05-675 GMS. I made several calls thinking it must be a mistake as I have never heard of the parties involved nor was I in business when this transpired. I called the phone numbers both times and spoke with the person whose name was on the letter and I was told to disregard if it didn't concern me. I am enclosing copies of the letters I received last year. I do not know how to respond except to say again, I have never heard of the people, I was not in business when this happened and none of the people owe me money. Please advise if there is something else I need to do. Thank you in advance.

Debra McAlpin



05-675 (GMS)

FILED
MAR -9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

Law Offices of

# COGGINS & WOLFE

900 26th Street, Suite 2
Menominee, MI 49858

Kim A. Coggins
Licensed in MI & WI

Steven E. Wolfe
Licensed in MI & WI

Telephone (906) 864-7797
Facsimile (906) 864-2216

January 9, 2006

United States District Court
Attn: Clerk of Courts
844 N. King Street
Wilmington, DE 19801

    RE:    United States Surety Company v. M. Miller Trucking, Co., et al
            Case No. 05-675-GMS

Dear Clerk:

Please find enclosed for filing an **Affidavit of Mailing** in regards to the above referenced case. Please conform and return the extra copy enclosed. Should you have any questions, please do not hesitate to contact our office.

Sincerely yours,

COGGINS & WOLFE

By: *Lynn A. Steinbrecher*
Lynn A. Steinbrecher
Legal Assistant

/ls
Enc.
cc: All parties of record

*[Handwritten notes:] Lynn - 1-12-06 called Said disregard*

## MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

| | | |
|---|---|---|
| **PHILADELPHIA OFFICE**<br>1800 JFK BOULEVARD - SUITE 1900<br>PHILADELPHIA, PA 19103<br>(215) 564-6688<br>FAX (215) 564-2526<br><br>**NEW YORK OFFICE**<br>530 SAW MILL RIVER ROAD<br>ELMSFORD, NY 10523<br>(914) 345-3701<br>FAX (914) 345-3743<br><br>**MARYLAND OFFICE**<br>600 BALTIMORE AVENUE - SUITE 305<br>TOWSON, MD 21204<br>(410) 339-6880<br>FAX (410) 339-6881 | ATTORNEYS AT LAW<br>SUITE 800<br>913 N MARKET STREET<br>WILMINGTON, DE 19801<br><br>(302) 658-6538<br>FAX (302) 658-6537<br><br><br>December 16, 2005 | **NEW JERSEY OFFICE**<br>COOPER RIVER WEST<br>6981 NORTH PARK DRIVE - SUITE 300<br>PENNSAUKEN, NJ 08109<br>(856) 663-4300<br>FAX (856) 663-4439<br><br>**PITTSBURGH OFFICE**<br>707 GRANT STREET<br>GULF TOWER - SUITE 2600<br>PITTSBURGH, PA 15219<br>(412) 391-6171<br>FAX (412) 391-8804<br><br>**BUCKS COUNTY OFFICE**<br>10 SOUTH CLINTON STREET - SUITE 302<br>DOYLESTOWN, PA 18901<br>(267) 880-3696<br>FAX (267) 880-0545<br><br>DONALD R. KINSLEY<br>Member DE, MD, NJ and DC Bars<br>dkinsley@mooclaw.com |

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED

RYAN LOGISTICS, INC.
Debra L. McAlpin
325 Co Road 1760
Joppa, Alabama 35087

     **RE:**  United States Surety Company v. M. Miller Trucking, Co., et al.
        Our file # 800-75412

To Whom It May Concern:

  I am enclosing two copies of Civil Cover Sheet, Summons, Complaint, Motion for Leave to Deposit Funds, and Order signed by the Court, in the above captioned action. Pursuant to the Summons, your response to the Complaint is due within 20 days of receipt.

  As you can see, these papers name you as a defendant in a civil action which has been initiated in the U.S. District Court for the State of Delaware. Under the provisions of 28 U.S.C. §§ 1335, 1397, 2361, and Federal Rules 4 and 22, such service is as effectual for all intents and purposes as if it has been made upon you personally.

                 Very truly yours,

                MARKS, O'NEILL, O'BRIEN
                & COURTNEY, P.C.

               By: _____
                 Donald R. Kinsley

DRK/smh

*[Handwritten notations: CA/UL 12-19-05 / MR. KINSLY S.A.L / DISREGARD]*

DE050191.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES SURETY CO. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-675 GMS |
| | ) | |
| RYAN LOGISTICS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, on September 16, 2005, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on December 16, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on January 5, 2006, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated: March 2, 2006        /s/ Gregory M. Sleet
                            UNITED STATES DISTRICT JUDGE

yvette

Debra McAlpin
325 County Rd. 1760
Joppa, AL 35087-2241

U.S.M.S.

BIRMINGHAM AL 352
05 MAR 2006

Attn: Peter Dalleo

Office Of The Clerk
United States District Court
844 N. King St. LockBox 18
Wilmington, DE 19801