

**The Curry Companies**
Safety Department

PAUL LEEFERS
21149 Route 4
Carlinville, IL  62626
Ph.: (217) 854-3101, ext. 273
Fax: (217) 854-2840
Email: pdleefers@thecurrycompanies.com

---

March 6, 2006

TO:   United States District Court
      Attn: Clerk of Courts
      844 N. King Street
      Wilmington, DE 19801

RE:   Case No. 05-675-GMS

Dear Sir or Madam:

Please find enclosed your letter of Order dated March 1, 2006 directed to Lippold & Arnett, Inc. et al.

Just so you'll know I have been in contact with Donald Kinsley an attorney for Marks, O'Neil, O'Brien & Courtney and have informed him on several occasions that Lippold & Arnett, Inc. has no interest in this claim as there are no invoices outstanding and we have asked to be removed from this matter. Per Mr. Kinsley he suggested that we do not respond if that is the case.

However this apparently hasn't been communicated with the courts and I apologize for that error. Therefore this letter will serve notice of the following true statements and facts.

I Paul Leefers – President - Lippold & Arnett, Inc. respectfully requests to be removed from this case as defendant Lippold & Arnett, Inc. et al has no claim currently or in the past against United States Surety Company.

_____       03/06/06
Paul Leefers                    Date

President – Lippold & Arnett, Inc.
21149 Route 4
Carlinville, IL 62626

FILED
MAR -9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES SURETY CO. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-675 GMS |
| ) | |
| LIPPOLD & ARNETT, INC., et al. ) | |
| ) | |
| Defendants. ) | |

RECEIVED MAR - 6 2006

## ORDER

WHEREAS, on September 16, 2005, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on December 20, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on January 9, 2006, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.


Dated: March 1, 2006

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE

**The Curry Companies**
21149 Route 4 • Carlinville, IL 62626

United States District Court
Attn: Clerk of Courts
844 N. King Street
Wilmington, DE 19801

