# MORGAN SHELSBY & LEONI

ALAN M. CARLO (MD, DC, CT)
JOAN CERNIGLIA-LOWENSEN (MD, DC)
MARY ALANE DOWNS (MD)
ANGUS R. EVERTON (MD)
ROBERT J. LEONI (DE)
ROBERT C. MORGAN (MD, DC)
GILBERT F. SHELSBY, JR. (MD, DE)

OF COUNSEL
MICHAEL C. ROSENDORF (MD, DC, DE, MN)

OFFICE ALSO IN HUNT VALLEY, MD

A PROFESSIONAL ASSOCIATION

221 MAIN STREET
STANTON, DELAWARE 19804
302-995-6210
FACSIMILE 302-995-6121

MICHAEL J. LOGULLO (DE)
ROBIN E. HAUPTMANN (MD, DC)
STEFFANY K. BENDER (MD)
STACEY L. PAOLI (PA)

JOSEPH Y. BRATTAN, III (1933-1999)

March 7, 2006

The Honorable Gregory M. Sleet
U.S. District Court for the
 District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE  19801

   Re: United States Surety Co. v. Jones Motor Co., Inc., et al.
     Civil Action No. 05-675 GMS

Dear Judge Sleet:

  I represent Jones Motor Co., Inc., a Defendant in the above-referenced Interpleader action. My client received the enclosed Order from the Court. This will confirm our discussion with your office today wherein we advised that Jones is not going to pursue its rights in the action and would not be filing an Answer. It is my understanding that the Court does not require anything further from Jones.

           Respectfully submitted,

           Robert J. Leoni

RJL:bd

Douglas B. Marcello, Esquire

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES SURETY CO. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-675 GMS |
| ) | |
| JONES MOTOR CO., INC., et al. ) | |
| ) | |
| Defendants. ) | |

### ORDER

WHEREAS, on September 16, 2005, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on December 16, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on January 5, 2006, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated: March 1, 2006        /s/ Gregory M. Sleet
                            UNITED STATES DISTRICT JUDGE


RECEIVED MAR 0 3 2006 By



Morgan Shelsby & Leoni
221 Main Street
Stanton, DE 19804

The Honorable Gregory M. Sleet
U.S. District Court for the
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

RECEIVED
MAR 09 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE