# Unique Freight Systems, Inc.
### P. O. Box 966
### 3091 Hwy. 32 North
### Hope, AR 71802
### Ph. 870-777-7503   Fax 870-777-6557

March 16, 2005

The Honorable Gregory M. Sleet
United States District Court
Distriet of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE  19801

      Civil Action No. 05-675 GMS

Dear Judge Sleet:

I am enclosing a copy of the above Order. I have no idea what this is concerning. Please send me a copy so that I can respond.

Thanking you in advance.

                    Sincerely,

                    Kenneth W. Dougan
                    President

KD:cm



FILED
MAR 2 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE  RG

Scanned

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES SURETY CO. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-675 GMS |
| | ) | |
| UNIQUE FREIGHT SYSTEMS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

WHEREAS, on September 16, 2005, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on September 16, 2005, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on November 15, 2005, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated: March 2, 2006            /s/ Gregory M. Sleet
                                UNITED STATES DISTRICT JUDGE

UNIQUE FREIGHT SYSTEMS INC.
P. O. BOX 966
HOPE, AR 71802

U. S. District Court
District of Delaware
J. Caleb Boggs Federal Bldg
844 North King Street
Wilmington, DE 19801