IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES SURETY COMPANY | : | |
| | : | C.A. No.:  05-675 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| M. MILLER TRUCKING | : | |
| | : | |
| and | : | |
| | : | |
| ACME TRUCK LINE, INC. | : | |
| | : | |
| and | : | |
| | : | |
| BUNCH TRANSPORT, INC. | : | |
| | : | |
| and | : | |
| | : | |
| UNIQUE FREIGHT SYSTEMS | : | |
| | : | |
| and | : | |
| | : | |
| KEITH SAARI TRUCKING | : | |
| | : | |
| and | : | |
| | : | |
| TRANS-LINK, INC. | : | |
| | : | |
| and | : | |
| | : | |
| HYDE TRUCKING COMPANY, INC. | : | |
| | : | |
| and | : | |
| | : | |
| SUMMIT TRANSPORTATION SYSTEMS, INC. | : | |
| | : | |
| and | : | |
| | : | |
| CENTURY FURNITURE, LLC | : | |
| | : | |
| and | : | |
| | : | |
| CORETRANS, LLC | : | |
| | : | |
| and | : | |
| | : | |
| DAN SULLIVAN TRUCKING, INC. | : | |



FILED
MAR 2 0 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| and | : |
| DAT TRADING & SALES CO., INC. | : |
| and | : |
| DRY ICE SALES & SERVICE, INC. | : |
| and | : |
| GENE HYDE TRUCKING CO., INC. | : |
| and | : |
| GOODINS CENTRAL DISPATCH SERVICES, INC. | : |
| and | : |
| GREENE TRANSPORT CO. | : |
| and | : |
| IMPLANT BROKERS, INC. | : |
| and | : |
| J.H. TRANSPORT, INC. | : |
| and | : |
| JONES MOTOR CO., INC. | : |
| and | : |
| LIPPOLD & ARNETT, INC. | : |
| and | : |
| H.T. JACKSON TRANSPORT, INC. | : |
| and | : |
| K TRUCK LINES, INC. | : |
| and | : |
| LOUISIANA TRANSPORTATION, INC. | : |

and                                          :
                                             :
**M&B TRUCKING CORP.**                       :
                                             :
and                                          :
                                             :
**NELSON FREIGHT SERVICE, INC.**             :
                                             :
and                                          :
                                             :
**JAMES E. OOTEN d/b/a**                     :
**OCOEE TRUCKING**                           :
                                             :
and                                          :
                                             :
**P AND S ENTERPRISES, INC.**                :
                                             :
and                                          :
                                             :
**TRACEY PETERS d/b/a**                      :
**PETERS TRUCKING**                          :
                                             :
and                                          :
                                             :
**PREFERRED MATERIALS, INC.**                :
                                             :
and                                          :
                                             :
**WALTER UMSTEAD d/b/a**                     :
**UMSTEAD TRUCKING**                         :
                                             :
and                                          :
                                             :
**RIDGE TRASNPORTATION LOGISTICS, INC.**     :
                                             :
and                                          :
**SCOTLAND TRANSFER CO., INC.**              :
                                             :
and                                          :
                                             :
**SERVICE FIRST TRANSPORT, INC.**            :
                                             :
and                                          :
                                             :
**SOUTHEAST LOGISTICS, INC.**                :
                                             :
and                                          :
                                             :
**TETON TRANSPORTATION, INC.**               :

and                                             :
                                                :
TRUCKERS EXPRESS, INC.                          :
                                                :
and                                             :
                                                :
WILKINS TRUCKING                                :
                                                :
and                                             :
                                                :
BBB TRUCKING, INC.                              :
                                                :
and                                             :
                                                :
BEST FREIGHT SYSTEMS, INC.                      :
                                                :
and                                             :
                                                :
CROFT, LLC                                      :
                                                :
and                                             :
                                                :
GAMMEL TRANSPORTATION, LLC                      :
                                                :
and                                             :
                                                :
ALLEN MICHAEL MITRISIN d/b/a                    :
M M TRANSPORT                                   :
                                                :
and                                             :
RUSSELL'S TRUCK DIVISION, INC.                  :
                                                :
and                                             :
                                                :
                                                :
RYAN LOGISTICS, INC.                            :
                                                :
and                                             :
                                                :
CEDRAY TRANSPORTATION, LTD.                     :
                                                :
and                                             :
                                                :
CJW TRANSPORT, INC.                             :
                                                :
and                                             :
                                                :
C-LINE, INC.                                    :
                                                :

| | |
|---|---|
| and | : |
| TRUCKFIX, INC. | : |
| and | : |
| UNITED FREIGHT, INC. | : |
| and | : |
| XRG LOGISTICS, INC. | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOW COMES Triglia Express, Inc. and notifies the Court that the following Defendants and potential claimants have settled all of their claims and executed releases, copies of which are attached:

   All-Pro Logistics
   ASAP Freight Systems
   Bearden Trucking Company
   Best Freight Systems, Inc.
   Buckeye Haulers
   Bunch Transport, Inc.
   C.W. Snyder Transportation
   Cedray Transportation, LLC
   CJW Transport, Inc.
   Crager Transportation, Inc.
   Cressler Trucking, Inc.
   Crossroads Enterprises, Inc.
   CRST Malone, Inc.
   D&A Transport
   D&R Trucking
   Dart Trucking Co., Inc.
   DHP Transportation, Inc.
   Gammel Transporation, LLC
   Gene Hyde Trucking Co., Inc.
   Glenn Lee Trucking Co., Inc.
   Greene Transport Co.
   H&S Enterprises, Inc.
   H.A.A.S. Trucking, Inc.
   Hindman Trucking, Inc.
   J. Carlisle Shirer Trucking
   Jetter Express, Inc.

Jim Engleking Trkg Svcs, Inc.
JWB Logistics, Inc.
K Truck Lines, Inc.
Keith Saari Trucking
Louisiana Tranpsirtaont, inc.
Lutz Truck Lines, Inc.
M&M Transport, Inc.
M. Miller Trucking Co., LLC
M.H. Malueg Trucking Co., LLC
Mebane Transport Co.
Metzler Bros. Transport, Inc.
Owen Kennedy, Inc.
Pehler & Sons, Inc.
Peterson Produce, Inc.
Phoenix Transportation, Inc.
Pro Transport & Leasing, Inc.
R&J Express, LLC
Russell's Truck Division, Inc.
Ryan Logistics, Inc.
Scarlet & Gray Corp.
Shermar, Inc.
Skinner Transfer Corp
Standard Corporation
Summit Logistics & Brokerage
Sunteck Transport & Log.
Teton Transportation, Inc.
Transtech Logistics, Inc.
United Freight, Inc.
Wilkins Trucking

On 08/15/04 Judgment was entered in Justice of the Peace Court of the State of Delaware Court No. 12 in favor of Defendant, Triglia Express Freight, Inc., a copy of which is attached and which bars any claim by Landstar Ligon, Inc.

TRIGLIA EXPRESS, INC.

Dated: 03/06/06

By: _____
PRESIDENT



Michael F. McGroerty, P.A.
110 Pine Street
Seaford, Delaware 19973

U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801