## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to All-Pro Logistics, hereinafter Creditor, in the amount of One Thousand Seventy-Five Dollars and no Cents ($1075).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Three Thirty-Three Dollars and Twenty-Five Cents ($333.25) to All-Pro Logistics by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _All-Pro Logistics_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Trudu Rogers_, its secretary, this _7_ day of _December_ A.D. 200_4_.

(corporate seal)

All-Pro Logistics

By: _____, President

Attest: _____, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to ASAP Freight Systems, hereinafter Creditor, in the amount of Three Hundred Dollars and no Cents ($300).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Ninety-Three Dollars and no Cents ($93) to ASAP Freight Systems by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by ___Marek Menger___, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by ___Jenny Menger___, its secretary, this ___ day of _____ A.D. 200___.

ASAP Freight Systems

By: _____, President

(corporate seal)

Attest: _____, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Bearden Trucking Company, hereinafter Creditor, in the amount of Four Hundred Dollars and no Cents ($400).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Twenty-Four Dollars and no Cents ($124) to Bearden Trucking Company by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by FRANK MENDENHALL its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _____, its secretary, this 14th day of ___DEC___ A.D. 2004.

(corporate seal)

Bearden Trucking Company

By: _____, President

Attest: _____, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Best Freight Systems, Inc., hereinafter Creditor, in the amount of Five Hundred Dollars and no Cents ($500.00).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Fifty-Five Dollars ($155.00) to Best Freight Systems, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _____ its _____ President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _____, its secretary, this ___ day of _____ A.D. 2005.

Best Freight Systems, Inc.

By: _____, President

(corporate seal)

Attest: _____, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Buckeye Haulers, hereinafter Creditor, in the amount of Eight Hundred Dollars and no Cents ($800).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred Forty-Eight Dollars and no Cents ($248) to Buckeye Haulers by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _JoAnn Bowling May_ its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _William E. May_ , its secretary, this _13th_ day of _December_ A.D. 2004 .

(corporate seal)

Buckeye Haulers

By: _JoAnn Bowling May_, President

Attest: _[signature]_, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Bunch Transport, Inc., hereinafter Creditor, in the amount of Three Thousand Six Hundred Eighty-Five Dollars and no Cents ($3685).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Thousand One Hundred Forty-Two Dollars and ~~no~~ *Thirty-five* Cents ($1142.35) to Bunch Transport, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by *RICHARD E BUNDSCHUH*, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by *RICHARD E. Bundschuh*, secretary, this *19th* day of *January* A.D. 200*5*.

Bunch Transport, Inc.

By: *[signature]*
, President

Attest: *[signature]*
, Secretary

(corporate seal)


RECEIVED JAN 2005 By___

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to C.W. Snyder Transportation, hereinafter Creditor, in the amount of Eight Hundred Dollars and no Cents ($800).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred Forty-Eight Dollars and no Cents ($248) to C.W. Snyder Transportation by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _____, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _____, its secretary, this _9_ day of _December_ A.D. 200_4_.

(corporate seal)

C.W. Snyder Transportation

By: _____, President

Attest: _____, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Cedray Transportation, LLC, hereinafter Creditor, in the amount of Five Hundred Dollars and no Cents ($500).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Fifty-Five Dollars and no Cents ($155) to Cedray Transportation, LLC by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, Cedray Transportation, LLC has caused its name by _____, managing member, to be hereunto set, this _____ day of _____ A.D. 2005.

Cedray Transportation, LLC

By:_____
, managing member



## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to CJW Transport, Inc., hereinafter Creditor, in the amount of One Thousand Five Hundred Fifty Dollars and no Cents ($1550).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Four Hundred Eight Dollars and Fifty Cents ($480.5) to CJW Transport, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Charlie J. Walk_ its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Charlene D. Walker_ its secretary, this 30th day of _December_ A.D. 200_4_.

CJW Transport, Inc.

By: _Charlie J. Walker_
, President

(corporate seal)

Attest: _Charlene D. Walker_
, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Crager Transportation, Inc., hereinafter Creditor, in the amount of Four Hundred Fifty Dollars and no Cents ($450).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Thirty-Nine Dollars and Fifty Cents ($139.5) to Crager Transportation, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _James Crager_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Sharon L. Crager_, its secretary, this _30_ day of _December_ A.D. 200_4_.

Crager Transportation, Inc.

By: _James Crager_
                President

(corporate seal)

Attest: _Sharon K. Crager_
                , Secretary

RECEIVED JAN 7 2005
By _____

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Cressler Trucking, Inc., hereinafter Creditor, in the amount of One Thousand Six Hundred Forty Dollars and Eighty Cents ($1640.8).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Five Hundred Eight Dollars and Sixty-Five Cents ($508.65) to Cressler Trucking, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _____, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _____, its secretary, this 14 day of December A.D. 2004.

(corporate seal)

Cressler Trucking, Inc.

By: _____
Joseph E. Jones, President
Office Manager

Attest: _____
, Secretary

# RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Crossroads Enterprises, Inc., hereinafter Creditor, in the amount of Seven Hundred Dollars and no Cents ($700).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred Seventeen Dollars and no Cents ($217) to Crossroads Enterprises, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by *FRANCES L VALIANTE* its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by *DONALD C. KONNMANN*, its secretary, this *16th* day of *DECEMBER* A.D. 200*4*.

Crossroads Enterprises, Inc.

By: *Frances L. Valiante*
, President

(corporate seal)

Attest: *[signature]*
, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to CRST Malone, Inc., hereinafter Creditor, in the amount of Four Hundred Dollars and no Cents ($400).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Twenty-Four Dollars and no Cents ($124) to CRST Malone, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by Mike Gannon, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by Wes Brackey, its secretary, this 9th day of December A.D. 2004.

(corporate seal)

CRST Malone, Inc.

By: _____, President

Attest: _____, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to D&A Transport, hereinafter Creditor, in the amount of Eight Hundred Fifty Dollars and no Cents ($850).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundres Sixty-Three Dollars and Fifty Cents ($263.5) to D&A Transport by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _AVENIE OUHANASI_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _A. HYSI_ _Partner_, its ~~secretary~~, this _22nd_ day of _DECEMBER_ A.D. 200_4_.

(corporate seal)

D&A Transport

By: _____, President

Attest: _A. HYSI_____, ~~Secretary~~ Member (Partner)

12/09/2004 11:56 FAX 9527031211    MARQUETTE FUNDING → DR    ☒002/002

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to D&R Trucking, hereinafter Creditor, in the amount of One Thousand Seven Hundred Dollars and no Cents ($1700).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Five Hundred Twenty-Seven Dollars and no Cents ($527) to D&R Trucking by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _____, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _____, its secretary, this ___ day of _____ A.D. 200___.

_Daniel Tamblin_
D&R Trucking

By: _Daniel Tamblin_
, President

(corporate seal)

Attest: _____
, Secretary


RECEIVED FEB 2 8 2005