# RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Dart Trucking Co., Inc., hereinafter Creditor, in the amount of Six Hundred Seventy-Five Dollars and no Cents ($675).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred Nine Dollars and Twenty-Five Cents ($209.25) to Dart Trucking Co., Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations. JAmEs Nuff.

IN WITNESS WHEREOF, the Creditor hath caused its name by _____, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by Lee Stoneburner its secretary, this 21 day of DEcEmbER A.D. 2004.

Dart Trucking Co., Inc.

(corporate seal)

By: _____, President

Attest: _____, Secretary

# RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to DHP Transportation, Inc., hereinafter Creditor, in the amount of Three Hundred Fifty Dollars and no Cents ($350).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Eight Dollars and Fifty Cents ($108.5) to DHP Transportation, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _incorporation_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Kay Riordan_, its secretary, this _10th_ day of _December_ A.D. 200_4_.

DHP Transportation, Inc.

By: _Kim Douglee_
, President

(corporate seal)

Attest: _Kay Biondo_
, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Gammel Transportation, LLC, hereinafter Creditor, in the amount of Five Hundred Forty Dollars and no Cents ($540).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Sixty-Seven Dollars and Forty Cents ($167.4) to Gammel Transportation, LLC by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, Gammel Transportation, LLC has caused its name by *Randy Gammel*, managing member, to be hereunto set, this 5th day of January A.D. 2005.

Gammel Transportation, LLC

By: *Randy Gammel*
, managing member


RECEIVED JAN 1 4 2005 By_____

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Gene Hyde Trucking Co., Inc., hereinafter Creditor, in the amount of Eight Hundred Dollars and no Cents ($800).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred Forty-Eight Dollars and no Cents ($248) to Gene Hyde Trucking Co., Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by *June Hargrove* its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by *Shirley M. Hyde* its secretary, this _13_ day of _January_ A.D. 200_5_.

Gene Hyde Trucking Co., Inc.

By: *June Hargrove*, President

(corporate seal)

Attest: *Shirley M. Hyde*, Secretary


RECEIVED JAN [date] By____

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Glenn Lee Trucking Co., Inc., hereinafter Creditor, in the amount of One Thousand Two Hundred Fifty Dollars and no Cents ($1250).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Three Hundred Eighty-Seven Dollars and Fifty Cents ($387.5) to Glenn Lee Trucking Co., Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Glenn-Lee Trucking_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Joyce Fitzgerald_, its secretary, this _10th_ day of _December_ A.D. 200_4_.

(corporate seal)

Glenn Lee Trucking Co., Inc.

By: _____, President

Attest: _____, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Greene Transport, Co., hereinafter Creditor, in the amount of Seven Thousand Four Hundred Fifty Dollars and no Cents ($7,450.00).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Thousand Three Hundred Nine Dollars and Fifty Cents ($2,309.50) to Greene Transport, Co. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by Jeffrey B. Greene, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by Kim Daniel           , its secretary, this 16th day of ____March_____ A.D. 2005.

Greene Transport, Co.

By: _____
    Jeffrey B. Greene       , President

(corporate seal)

Attest: _____
       Kim Daniel          , Secretary


RECEIVED
MAR 2 1 2005
By_____

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to H&S Enterprises, Inc., hereinafter Creditor, in the amount of One Thousand Eight Hundred Dollars and no Cents ($1800).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Five Hundred Fifty-Eight Dollars and no Cents ($558) to H&S Enterprises, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Kenneth Shaffer_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Kevin Shaffer_, its secretary, this _6_ day of _December_ A.D. 200_4_.

                                              H&S Enterprises, Inc.

                                              By: _[signature]_
                                                                   , President

(corporate seal)                                    Attest: _[signature]_
                                                                     , Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to H.A.A.S. Trucking, Inc., hereinafter Creditor, in the amount of Five Hundred Twenty Dollars and no Cents ($520).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Sixty-One Dollars and Twenty Cents ($161.2) to H.A.A.S. Trucking, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by __Ed Haas__, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by __Sheri McClure__, its secretary, this __7__ day of __December__ A.D. 200__4__.

H.A.A.S. Trucking, Inc.

By: _____
, President

(corporate seal)

Attest: _____
, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Hindman Trucking, Inc., hereinafter Creditor, in the amount of Six Hundred Fifty Dollars and no Cents ($650).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred One Dollars and Fifty Cents ($201.5) to Hindman Trucking, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Buddy Hindman_ President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Kimberlee Harrison_ its secretary, this _14_ day of _Dec._ A.D. 200_4_.

Hindman Trucking, Inc.

By: _Buddy Hindman_
, President

(corporate seal)

Attest: _Kimberlee Harrison_
, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to J. Carlisle Shirer Trucking, hereinafter Creditor, in the amount of Nine Hundred Dollars and no Cents ($900).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred Seventy-Nine Dollars and no Cents ($279) to J. Carlisle Shirer Trucking by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Robert D. Shirer_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Beth S. Horton_, its secretary, this _9th_ day of _December_ A.D. 200_4_.

J. Carlisle Shirer Trucking

By: _____, President

(corporate seal)

Attest: _____, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Jetter Express, Inc., hereinafter Creditor, in the amount of Seven Hundred Fifty Dollars and no Cents ($750).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred Thirty-Two Dollars and Fifty Cents ($232.5) to Jetter Express, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Gerald P. Jetter_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Collette M. Wagner_, its secretary, this _7th_ day of _December_ A.D. 200_4_.

Jetter Express, Inc.

By: _Gerald P. Jetter_, President

(corporate seal)

Attest: _Collette M. Wagner_, Secretary

JETTER EXPRESS, INC.
P.O. Box 420216
Middletown, OH 45042

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Jim Engleking Trkg Svcs, Inc., hereinafter Creditor, in the amount of Five Hundred Dollars and no Cents ($500).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Fifty-Five Dollars and no Cents ($155) to Jim Engleking Trkg Svcs, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _James M Engleking_ its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Jennifer Cronkhite_ its secretary, this _8_ day of _December_ A.D. 200_4_.

Jim Engleking Trkg Svcs, Inc.

By _____, President

Attest: _____, Secretary

Jim Engleking
Trucking Service Inc.
9684 W. US Hwy 24
(Corporate Seal)
P.O. Box 218
Wolcott, IN 47995

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to JWB Logistics, Inc., hereinafter Creditor, in the amount of Six Hundred Fifty Dollars and no Cents ($650).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred One Dollars and Fifty Cents ($201.5) to JWB Logistics, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by James E. DuBose, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by Wesley C Fisher, its secretary, this 15th day of December A.D. 2004.

JWB Logistics, Inc.

(corporate seal)

By: _____, President

Attest: _____, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to K Truck Lines, Inc., hereinafter Creditor, in the amount of Two Thousand Two Hundred Dollars and no Cents ($2200).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Six Hundred Eighty-Two Dollars and no Cents ($682) to K Truck Lines, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Fred Knox_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _P.J. Crayton_, its secretary, this _29th_ day of _December_ A.D. 200_4_.

K Truck Lines, Inc.

By: X _____, President

Attest: _____, Secretary

(corporate seal)

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Keith Saari Trucking, hereinafter Creditor, in the amount of One Thousand Seven Hundred Fifty Dollars and no Cents ($1750).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Five Hundred Forty-Two Dollars and Fifty Cents ($542.5) to Keith Saari Trucking by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Dewayne Kipp_ its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Dewayne Kipp_ its secretary, this _27_ day of _December_ A.D. 200_4_.

Keith Saari Trucking

By: _____
    President

(corporate seal)

Attest: _____
       , Secretary

