10/06/2005  09:56    13026281711    MICHAEL F. MCGROERTY    PAGE  02/02

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Louisiana Transportation, Inc., hereinafter Creditor, in the amount of One Thousand One Hundred Twenty-Five Dollars and no Cents ($1,125.00).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Three Hundred Forty-Eight and 75/100th Dollars ($348.75) to Louisiana Transportation, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

CMCS Inc.
Authorized Agent
IN WITNESS WHEREOF, the Creditor hath caused its name by _Christopher Lauren_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Kathleen McKinnie_ , its secretary, this _6_ day of _October_ A.D. 2005.

Authorized agent (CMCS Inc.)
Central Mercantile Collection Services

Louisiana Transportation, Inc.

By _Christopher Lauren authorized agent_
, President

(corporate seal)

Attest: _Kathleen McKinnie_
, Secretary



## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Lutz Truck Lines, Inc., hereinafter Creditor, in the amount of One Thousand Seventy-Five Dollars and no Cents ($1075).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Three Hundred Thirty-Three Dollars and Twenty-Five Cents ($333.25) to Lutz Truck Lines, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Lutz Truck Lines, Inc._ its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Betty Lutz_ , its secretary, this _13_ day of _December_ A.D. 200 _4_.

Lutz Truck Lines, Inc.

By; _____

, President

(corporate seal)

Attest: _Betty Lutz_

, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to M&M Transport, Inc., hereinafter Creditor, in the amount of Two Thousand Nine Hundred Fifty Dollars and no Cents ($2950).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Nine Hundred Fourteen Dollars and Fifty Cents ($914.5) to M&M Transport, Inc. by Triglia Express Freight, Inc.,  Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations. *mom Transport*

IN WITNESS WHEREOF, the Creditor hath caused its name by *Michael Mitrisin* its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by *Denise Mathieu* , its secretary, this *10th* day of *January*        A.D. 200 *4* .

M&M Transport, Inc.

By: _____

, President

(corporate seal)

Attest: *Denise Mathieu*

, Secretary

05/10/2005  14:51    13026281711    MICHAEL F. MCGROERTY    PAGE  02/02

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to M. Miller Trucking, Co., LLC, hereinafter Creditor, in the amount of One Thousand Three Hundred Twenty-Five Dollars and no Cents ($1,325.00).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Four Hundred Tend Dollars and Seventy-Five Cents ($410.75) to M. Miller Trucking Co., LLC by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, M. Miller Trucking Co., LLC has caused its name by *Mark Miller*, managing member, to be hereunto set, this *10TH* day of *May* A.D. 2005.

M. Miller Trucking Co., LLC

By: _____

, managing member



RECEIVED

By_____

**RELEASE**

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to M.H. Malueg Trucking Co., LLC, hereinafter Creditor, in the amount of Four Hundred Twenty-Five Dollars and no Cents ($425).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Thirty-One Dollars and Seventy-Five Cents ($131.75) to M.H. Malueg Trucking Co., LLC by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, M.H. Malueg Trucking Co., LLC has caused its name by _Tony Malueg_, managing member, to be hereunto set, this _11_ day of _Dec_ A.D. 200 _4_.

M.H. Malueg Trucking Co., LLC

By: _Tony Malueg_

, managing member

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Mebane Transport Co., hereinafter Creditor, in the amount of One Thousand Seven-Five Dollars and no Cents ($1075).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Three Hundred Thirty-Three Dollars and Twenty-Five Cents ($333.25) to Mebane Transport Co. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Joe Thomas_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Richard Sull_, its secretary, this _7th_ day of _December_ A.D. 200 4 .

Mebane Transport Co.

By: _Joe Allan_
, President

Attest: _Richard Sull_
, Secretary

(corporate seal)

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Metzler Bros. Transport, Inc., hereinafter Creditor, in the amount of Three Hundred Fifty Dollars and no Cents ($350).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Eight Dollars and Fifty Cents ($108.5) to Metzler Bros. Transport, Inc. by Triglia Express Freight, Inc.,  Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by Rodney L. Metzler, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by Don L Metzler , its secretary, this 7 day of December A.D. 2004 .

Metzler Bros. Transport, Inc.

By: _____ , President

(corporate seal)

Attest: _____ , Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Owen Kennedy, Inc., hereinafter Creditor, in the amount of Eight Hundred Dollars and no Cents ($800).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred Forty-Eight Dollars and no Cents ($248) to Owen Kennedy, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by *Gerald S. Kennedy, III,* its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by *Nancy S. Kennedy*, its secretary, this *15* day of *December* A.D. 200 *4*.

Owen Kennedy, Inc.

By: *Gerald A. Kennedy III*
　　GERALD S. KENNEDY,III, President

(corporate seal)

Attest: *Nancy A. Kennedy*
　　NANCY S. KENNEDY　, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Pehler & Sons, Inc, hereinafter Creditor, in the amount of One Thousand One Hundred Twenty-Five Dollars and no Cents ($1125).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Three Hundred Forty-Eight Dollars and Seventy-Five Cents ($348.75) to Pehler & Sons, Inc by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by $Francis$ $Pehler$, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by $Craig$ $Duellmen$, its secretary, this $7th$ day of $December$ A.D. 2004.

Pehler & Sons, Inc

By: _____
                              , President

Attest: _____
                              , Secretary

(corporate seal)

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Peterson Produce, Inc., hereinafter Creditor, in the amount of Eight Hundred Dollars and no Cents ($800).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred Forty-Eight Dollars and no Cents ($248) to Peterson Produce, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by ___Peterson___ , its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by __Pam Peterson__ , its secretary, this _10th_ day of ___Jan.___ A.D. 200_4_ .

Peterson Produce, Inc.

By: _____

, President

Attest: _____

, Secretary

(corporate seal)

**RELEASE**

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Phoenix Transportation, LLC, hereinafter Creditor, in the amount of Three Hundred Fifty Dollars and no Cents ($350).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Eight Dollars and Fifty Cents ($108.5) to Phoenix Transportation, LLC by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, Phoenix Transportation, LLC has caused its name by _Matt Verdisco_ , managing member, to be hereunto set, this _15_ day of _December_ A.D. 200 _4_.

Phoenix Transportation, LLC

By: _[signature]_

, managing member

Dec 20 04 02:41p                                                                          p.2

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Pro Transport & Leasing, Inc., hereinafter Creditor, in the amount of Seven Hundred Fifty Dollars and no Cents ($750).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred Thirty-Two Dollars and Fifty Cents ($232.5) to Pro Transport & Leasing, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by Arthur Bakken its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by Debbie Bakken , its secretary, this 20th day of December  A.D. 2004 .

Pro Transport & Leasing, Inc.

By: _Arthur A. Bulla_
                                                    , President

Attest: _Debbie Bakken_
                                                    , Secretary

(corporate seal)

RECEIVED
JAN 1 8 2005
By _____

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to R&J Express, LLC, hereinafter Creditor, in the amount of Four Hundred Dollars and no Cents ($400).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Twenty-Four Dollars and no Cents ($124) to R&J Express, LLC by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, R&J Express, LLC has caused its name by _Rex Satterfield_, managing member, to be hereunto set, this _7th_ day of _December_ A.D. 200_4_ .

R&J Express, LLC

By: _Rex Satterfield_ - PRESIDENT
, managing member

_Vami Ramirez_ - Billing

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Russell's Truck Division, Inc., hereinafter Creditor, in the amount of Nine Hundred Fifty Dollars and no Cents ($950).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred Ninety-Four Dollars and Fifty Cents ($294.5) to Russell's Truck Division, Inc. by Triglia Express Freight, Inc.,  Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by ~~President~~ _JENNIFER MALONE_, its ASST. MGR to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _JENNIFER MALONE_ , its ~~secretary~~ ASST MGR, this _7 TH_ day of _DECEMBER_ A.D. 200_4_.

Russell's Truck Division, Inc.

By: _Jennifer Malone_
_JENNIFER MALONE_ , ~~President~~ ASST. MGR

(corporate seal)

Attest: _____
, Secretary

05/19/2005  13:25    13026281711              MICHAEL F. MCGROERTY              PAGE  03/03



RECEIVED
MAY 2 3 2005
By_____

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Ryan Logistics, Inc., hereinafter Creditor, in the amount of Eight Hundred Fifty Dollars and no Cents ($850.00).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred Sixty-Three Dollars and Fifty Cents ($263.50) to Ryan Logistics, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _TRACY Voesting_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Pete Otteson_, its secretary, this _19th_ day of _MAy_ A.D. 200__.

STATE OF _OHIO_ ) ss
COUNTY OF _FRANKLIN_ )

Ryan Logistics, Inc.

By: _____, President

(corporate seal)

Attest: _____, Secretary

On this the 19th day of May 2005, before me, Billie A. Wheeler, the undersigned Notary Public, personally appeared TRACy Voesting and Pete Otteson proved to me on the basis of satisfactory evidence to be the persons whose names were subscribed to the within instrument, and acknowledged that they executed it.

WITNESS my hand AND official seal

Billie A. Wheeler
Billie A. Wheeler

**BILLIE A. WHEELER**
Notary Public, State of Ohio
My commission expires 11/23/2009

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Scarlet & Gray Corp, hereinafter Creditor, in the amount of Six Hundred Twenty-Five Dollars and no Cents ($625).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Ninety-Three Dollars and Seventy-Five Cents ($193.75) to Scarlet & Gray Corp by Triglia Express Freight, Inc.,  Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _John C. Gray_ , its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Derren T. Taylba_, its secretary, this _20th_ day of _December_____ A.D. 200_4_.

Scarlet & Gray Corp

By: _John C. Grey_
     John C Gray , President

Attest: _____ , Secretary
Derren T. Taylba

(corporate seal)

"No Seal"