## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Shermar, Inc., hereinafter Creditor, in the amount of Five Hundred Fifty Dollars and no Cents ($550).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Seventy Dollars and Fifty Cents ($170.5) to Shermar, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Shermar In._ , its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _KATHLEEN McNAMARA_ its secretary, this _7_ day of _December_ A.D. 200_4_.

(corporate seal)

Shermar, Inc.

By: _Jane Wyatt_
, President

Attest: _Kathleen McNamara_
, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Skinner Transfer Corp, hereinafter Creditor, in the amount of Six Hundred Dollars and no Cents ($600).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Eighty-Six Dollars and no Cents ($186) to Skinner Transfer Corp by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Evelyn Skinner_ , its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Audrey Skinner_ , its secretary, this _7th_ day of _December_ A.D. 200_4_.

Skinner Transfer Corp

By: _Evelyn A. Skinner_
, President

(corporate seal)

Attest: _Audrey Skinner_
, Secretary

# RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Standard Corporation, hereinafter Creditor, in the amount of One Thousand Three Hundred Dollars and no Cents ($1300).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Four Hundred Three Dollars and no Cents ($403) to Standard Corporation by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Karen L Dawes_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Robert H. Rosebrock_, its secretary, this _16_ day of _Dec_ A.D. 200_4_.

Standard Corporation

By: _____, President, TG.

(corporate seal)

Attest: _____, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Summit Logistics & Brokerage, hereinafter Creditor, in the amount of Five Hundred Dollars and no Cents ($500).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Fifty-Five Dollars and no Cents ($155) to Summit Logistics & Brokerage by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by David Summit, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by Alysia Watson, its secretary, this 10th day of December A.D. 2004.

(corporate seal)

Summit Logistics & Brokerage

By: _____, President

Attest: Alysia M. Watson, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Sunteck Transport & Log., hereinafter Creditor, in the amount of Eight Hundred Dollars and no Cents ($800).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred Forty-Eight Dollars and no Cents ($248) to Sunteck Transport & Log. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Harpy Winter_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _William Winshlart_ its secretary, this _8_ day of _December_ A.D. 2004.

Sunteck Transport & Log.

By: _____, President

(corporate seal)

Attest: _____, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Teton Transportation, Inc., hereinafter Creditor, in the amount of Four Hundred Dollars and no Cents ($400).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Twenty-Four Dollars and no Cents ($124) to Teton Transportation, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Larry Hammond_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Doug Hammond_, its secretary, this _30_ day of _June_ A.D. 200_5_.

Teton Transportation, Inc.

By: _____, President

(corporate seal)

Attest: _____, Secretary

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Transtech Logistics, Inc., hereinafter Creditor, in the amount of Seven Hundred Dollars and no Cents ($700).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred Seventeen Dollars and no Cents ($217) to Transtech Logistics, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Joseph T. Nault_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Cathy S. Kuesel_, its secretary, this _14th_ day of _December_ A.D. 2004.

(corporate seal)

Transtech Logistics, Inc.

By: _Joy T. Nault_, President

Attest: _Cathy S. Kuesel_, Secretary


RECEIVED JAN 10 2005 By_____

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to United Freight, Inc., hereinafter Creditor, in the amount of Six Hundred Twenty-Five Dollars and no Cents ($625).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of One Hundred Ninety-Three Dollars and Seventy-Five Cents ($193.75) to United Freight, Inc. by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _Gerald Kagle_, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _Gerald Kagle_, its secretary, this _4_ day of _January_ A.D. 200_5_.

United Freight, Inc.

By: _Gerald Kagle_
, President

(corporate seal)

Attest: _Gerald Kagle_
, Secretary

RECEIVED

## RELEASE

WHEREAS, Triglia Express Freight, Inc. d/b/a Triglia Express, Inc., hereinafter Debtor, is indebted to Wilkins Trucking, hereinafter Creditor, in the amount of Nine Hundred Dollars and no Cents ($900).

NOW THIS RELEASE WITNESSETH that for and in consideration of the payment of Two Hundred Seventy-Nine Dollars and no Cents ($279) to Wilkins Trucking by Triglia Express Freight, Inc., Creditor does hereby for itself, its successors and assigns, release, acquit, exonerate, and discharge Debtor, its agents, employees, principals, officers, stockholders, attorneys, successors and assigns of and from all and every manner of action and actions, cause and causes of actions, suits, debts, dues, sums of money, accounts, contracts, controversies, agreements, promises, damages, judgments, claims an demands whatsoever, at law or in equity or in any administrative proceeding which, as against Debtor, the said Creditor has had, now has, or which its successors or assigns hereinafter can, shall or may have for, upon or by reason of any matter, cause or thing whatsoever from the beginning of the world to the date of this Release, pertaining to any actions, or cause or causes of action which the Creditor, its assigns, successors in interest, or trustees shall or may have, arising from the facts and circumstances surrounding or related to said indebtedness and or any related transactions or negotiations.

IN WITNESS WHEREOF, the Creditor hath caused its name by _____, its President to be hereunto set and the common and corporate seal of the said corporation to be hereunto affixed, duly attested by _____, its secretary, this ____ day of _____ A.D. 200___.

Wilkins Trucking

By: Robert Wilkins
, President

(corporate seal)

Attest: Robert Wilkins
, Secretary

