# Exhibit A

| Claimant / Defendant | Release filed with U.S. District Ct. | Settlement Amt. For those released and releases filed with U.S. District Ct. | Status of Pleadings | Outstanding Amts. Pursuant to U.S. Surety records |
|---|---|---|---|---|
| Acme Truck Line, Inc. | | $333.25 | Stipulation of Dismissal filed 3/13/06 ($500) | |
| All-Pro Logistics | X | | | |
| ASAP Freight Systems | X | $93.00 | | |
| BBB Trucking | | | Dismissed by Order of Court 3/21/06 ($674.80) | |
| Bearden Trucking Co. | X | $124.00 | | |
| Best Freight Systems | X | $155.00 | | |
| Buckeye Haulers | X | $248.00 | | |
| Bunch Transport, Inc. | X | $1,142.35 | | |
| C.W. Snyder Transportation | X | $248.00 | | |
| Cedray Transportation, LLC | X | $155.00 | | |
| Century Furniture, LLC | | | | $725.00 |
| CJW Transport, Inc. | X | $480.50 | | |
| C-Line, Inc. | | | Dismissed by Order of Court 3/21/06 ($400) | |
| CoreTrans | | | | $725.00 |
| Crager Transportation, Inc. | X | $139.50 | | |
| Cressler Trucking, Inc. | X | $508.65 | | |
| Croft, LLC | | | Filed Answer on 3/8/06 claiming $500 | $500.00 |
| Crossroads Enterprises, Inc. | X | $217.00 | | |
| CRST Malone, Inc. | X | $124.00 | | |
| D&A Transport | X | $263.50 | | |
| D&R Trucking | X | $527.00 | | |
| Dan Sullivan Trucking, Inc. | | | | $450.00 |
| Dart Trucking Co., Inc. | X | $209.25 | | |
| DAT Trading & Sales Co., Inc. | | | | $1,150.00 |
| DHP Transportation, Inc. | X | $108.50 | | |
| Dry Ice Sales & Service | | | | $475.00 |
| Gammel Transportation, LLC | X | $167.40 | | |
| Gene Hyde Trucking Co., Inc. | X | $248.00 | Dismissed by Order of Court 3/21/06 | |
| Glenn Lee Trucking Co., Inc. | X | $387.50 | | |
| Go Logistics, Inc. | | | | $470.00 |
| Goodins, Inc. | | | | $525.00 |
| Greene Transport Co. | X | $2,309.50 | | |
| H&S Enterprises, Inc. | X | $558.00 | | |
| H.A.A.S. Trucking, Inc. | X | $161.20 | | |

| Name | X | Amount | Notes | Amount 2 |
|---|---|---|---|---|
| Hindman Trucking, Inc. | x | $201.50 | | |
| HT Jackson Trans., Inc. | | | | $450.00 |
| Implant Brokers, Inc. | | | | $500.00 |
| J. Carlisle Shirer Trucking | x | $279.00 | | |
| J.H. Transport, Inc. | | | | $825.00 |
| Jetter Express, Inc. | x | $232.50 | | |
| Jim Engleking Trucking Service, Inc. | x | $155.00 | | |
| Jones Motor Co., Inc. | | | | $700.00 |
| JWB Logistics, Inc. | x | $201.50 | | |
| K Truck Lines, Inc. | x | $682.00 | | |
| Keith Saari Trucking | x | $542.50 | | |
| Lippold & Arnett, Inc. | | | | $50.00 |
| Louisiana Transportation, Inc. | x | $348.75 | Stipulation of Dismissal filed 3/13/06 | |
| Lutz Truck Lines, Inc. | x | $333.25 | | |
| M&B Trucking Corp. | | | | $750.00 |
| M&M Transport, Inc. | x | $914.50 | | |
| M Miller Trucking Co., LLC | x | $410.75 | Stipulation of Dismissal filed 3/13/06 | |
| M.H. Malueg Trucking Co., LLC | x | $131.75 | | |
| Mebane Transport Co. | x | $333.25 | | |
| Metzler Bros. Transport, Inc. | x | $108.50 | | |
| Nelson Freight Service | | | Answer filed 1/12/06 - no amount claimed | $675.00 |
| Ocoee Trucking (James Ooten) | | | Dismissed by Order of Court 3/21/06 ($740) | |
| Owen Kennedy, Inc. | x | $248.00 | | |
| P&S Enterprises, Inc. | | | | $800.00 |
| Pehler & Sons, Inc. | x | $348.75 | | |
| Peters Trucking | | | | $2,400.00 |
| Peterson Produce, Inc. | x | $248.00 | | |
| Phoenix Transportation, Inc. | x | $108.50 | | |
| Preferred Materials, Inc. | | | | $600.00 |
| Pro Transport & Leasing, Inc. | x | $232.50 | | |
| R&J Express LLC | x | $124.00 | | |
| Ridge Trans. Logistics, LLC | | | | $650.00 |
| Russell's Truck Division, Inc. | x | $294.50 | | |
| Ryan Logistics, Inc. | x | $263.50 | | |
| Scarlet & Gray Corp. | x | $193.75 | | |
| Scotland Transfer Co, Inc | | | Dismissed by Order of Court 3/21/06 ($350) | |
| Service First Transport | | | Dismissed by Order of Court 3/21/06 ($525) | |
| Sherman, Inc. | x | $170.50 | | |
| Skinner Transfer Corp. | x | $186.00 | | |
| Southeast Logistics, Inc. | | | | $1,200.00 |

DE046997.XLS                                                                                     Exhibit A - page 2

| | | |
|---|---|---|
| Standard Corp. | x | $403.00 |
| Summit Logistics and Brokerage | x | $155.00 Filed Answer on 3/7/06 - no amount claimed |
| Summit Transportation | | $1,350.00 |
| Sunteck Transport & Logistics | x | $248.00 |
| Teton Transportation | x | $124.00 |
| Trans Link, Inc. | | Dismissed by Order of Court 3/21/06 |
| TransTech Logistics, Inc. | x | $217.00 |
| Truckers Express, Inc. | | $3,250.00 |
| Truckfix, Inc. | | $925.00 |
| Umstead Trucking | | $1,350.00 |
| Unique Freight Systems, Inc. | | $518.00 |
| United Freight, Inc. | x | $193.75 |
| Wilkins Trucking | x | $279.00 Filed Answer on 3/7/06 - handwritten note "I am not able to appear" |
| XRG Logistics, Inc. | | $600.00 |
| | shaded area means release filed, dismissed by court order, or stipulation of dismissal filed | |
| | Total | $22,613.00 |