# Exhibit B

Attorney's Fees and Costs

| | |
|---|---|
| Marks, O'Neill, O'Brien & Courtney, P.C. Invoice #549948, dated 11/30/05 | $5,582.29 |
| Marks, O'Neill, O'Brien & Courtney, P.C. Invoice #569952, dated 3/3/06 | $4,543.72 |
| **Total** | **$10,126.01** |

{DE056615.1}

# Exhibit B

Attorney's Fees and Costs

| | |
|---|---|
| Marks, O'Neill, O'Brien & Courtney, P.C. Invoice #549948, dated 11/30/05 | $5,582.29 |
| Marks, O'Neill, O'Brien & Courtney, P.C. Invoice #569952, dated 3/3/06 | $4,543.72 |
| **Total** | **$10,126.01** |

```
     GOLDBERG, PIKE & BESCHE, P.C.
     100 S. CHARLES STREET
     TOWER II, SUITE 1001
     BALTIMORE, MD 21201
     ATTN:SEAN P. FOLEY, ESQUIRE

     Our File No. 800-75412

      TAX ID# 23-2421281



     MISCELLANEOUS BILLABLE CASES                                   Date: 11/30/05
     Re: U.S. SURETY CO. V. M. MILLER TRUCKING, ET AL            Invoice: 549948

        CONTACT            : SEAN P. FOLEY, ESQUIRE
        Case Type          : INTERPLEADER, INDEMNITY, SURETY BOND




      IMPORTANT NOTICE:  To ensure the proper payment application
      to your account, please record our invoice number on your
      check.

      For Professional Services Rendered and Costs Advanced through 10/31/05

       Date   Atty           Professional Services                            Hours
     -------- ----  ---------------------------------------------------     --------
     09/01/05 DRK1  PREPARE ORDER FOR DEPOSIT OF FUNDS TO ACCOMPANY             0.40
                    INTERPLEADER COMPLAINT

     09/01/05 DRK1  TELEPHONE CONVERSATION WITH COURT RE: DEPOSIT OF FUNDS      0.20
                    INTO ACCOUNT WITH INTERPLEADER COMPLAINT

     09/06/05 DRK1  COMMUNICATION WITH S. FOLEY RE: BOND, APPLICATION AND       0.20
                    COMPLAINT FOR INTERPLEADER

     09/07/05 DRK1  CONTINUE TO PREPARE INTERPLEADER COMPLAINT, CIVIL           1.50
                    ACTION FORM, AND ORDER

     09/08/05 DRK1  CONTINUE TO PREPARE INTERPLEADER COMPLAINT AND MOTION       1.70
                    FOR LEAVE TO DEPOSIT FUNDS WITH CLERK OF COURT

     09/08/05 DRK1  REVIEW STATUTORY AUTHORITY, FEDERAL RULES AND LOCAL         1.90
                    RULES RE: FILING OF INTERPLEADER AND SERVICE OF
                    PROCESS

     09/09/05  BLK  REVIEW SURETY ISSUES, PREPARE ATTORNEY ANALYSIS AND         0.50
                    MEETING WITH DRK RE ISSUES AND STATUS
```

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
SUITE 1900 • 1800 JOHN F. KENNEDY BOULEVARD • PHILADELPHIA, PA 19103
SUITE 300 • COOPER RIVER WEST • 6981 NORTH PARK DRIVE • PENNSAUKEN, NJ 08109
SUITE 800 • 913 NORTH MARKET STREET • WILMINGTON, DE 19801
SUITE 2600 • GULF TOWER • 707 GRANT STREET • PITTSBURGH, PA 15219
(215) 564-6688 • (856) 663-4300 • (302) 658-6538 • (412) 391-6171

```
GOLDBERG, PIKE & BESCHE, P.C.                    Client:  800
11/30/05                                         Matter:  75412
Page 2                                           Invoice: 549948

   Date     Atty           Professional Services                    Hours
---------   ----   -----------------------------------------------  ------

09/12/05    DRK1   PREPARE E-MAIL TO S. FOLEY RE: MOTION, COMPLAINT AND    0.40
                   SERVICE

09/12/05    DRK1   REVIEW FEDERAL RULE RE: SERVICE OF PROCESS AND WAIVER   0.90

09/13/05    DRK1   CONTINUE TO PREPARE MOTION AND COMPLAINT FOR FILING     0.50
                   WITH U.S. DISTRICT COURT

09/13/05    DPD    CONFERENCE WITH COUNSEL D. KINSLEY RE: SERVICE OF       0.40
                   PROCESS REQUIREMENTS

09/13/05    PL     PREPARATION OF SUMMONS , WORKING ON FILING WITH         2.50
                   DISTRICT COURT

09/14/05    PL     PREPARATION OF SIX DOCUMENTS RE ELECTRONIC SCANNING IN  1.20
                   PREPARATION FOR FILING WITH THE COURT

09/14/05    PL     PREPARATION OF NOTICE OF LAWSUIT AND REQUEST FOR        5.20
                   WAIVER OF SERVICE OF SUMMONS RE THIRTY-EIGHT DIFFERENT
                   DEFENDANTS

09/15/05    PL     PREPARATION OF FOURTEEN NOTICES OF LAWSUIT AND WAIVER   2.50
                   OF SUMMONS

09/16/05    PL     PREPARE NOTICE OF LAWSUIT AND WAIVER OF SUMMONS RE 25   3.50
                   DEFENDANTS

09/16/05    PL     CONTINUED PREPARATION OF THE INTERPLEADER COMPLAINT RE  1.50
                   OBTAINED COMPLAINT ATTACHMENTS

09/16/05    PL     PREPARATION OF GETTING ALL THE NOTICES OF LAWSUIT       4.50
                   PROCESSED AND SERVED

09/19/05    DRK1   THREE TELEPHONE CONVERSATION WITH DEFENDANTS RE:        0.50
                   INTERPLEADER COMPLAINT AND SERVICE

09/19/05    DRK1   TELEPHONE CONVERSATION WITH DEFENDANTS IN INTERPLEADER  0.40
                   ACTION
```

```
GOLDBERG, PIKE & BESCHE, P.C.                      Client:  800
11/30/05                                           Matter:  75412
Page 3                                             Invoice: 549948


  Date     Atty           Professional Services                      Hours
--------   ----   ------------------------------------------------  --------

09/20/05   DRK1   TELEPHONE CONVERSATION WITH DEFENDANTS RE:          0.60
                  INTERPLEADER COMPLAINT

09/22/05   DRK1   TELEPHONE CONVERSATION WITH TWO DEFENDANTS RE:      0.30
                  SERVICE AND INTERPLEADER ACTION

09/22/05   DRK1   REVIEW NOTIFICATION FROM COURT RE: ASSIGNMENT OF    0.10
                  CASE TO JUDGE SLEET

09/26/05   DRK1   TELEPHONE CONVERSATION WITH DEFENDANT RE: RETURN    0.20
                  OF WAIVER OF SERVICE

09/27/05   DRK1   REVIEW AND ANALYZE RETURNED MAILINGS TO DEFENDANTS  0.50

09/30/05   DRK1   REVIEW AND ANALYZE COMMUNICATIONS FROM DEFENDANTS   0.30
                  RE: NOTICE AND WAIVER OF SERVICE

10/03/05   DRK1   REVIEW AND ANALYZE ORDER GRANTED BY COURT           0.20

10/03/05   DRK1   REVIEW AND ANALYZE NOTICE OF WAIVERS RECEIVED FROM  0.60
                  DEFENDANTS

10/04/05   DRK1   REVIEW AND ANALYZE RETURNED MAILINGS OF COMPLAINTS  1.40
                  TO DEFENDANTS, AND WAIVERS OF SERVICE RECEIVED, AND
                  PREPARE WAIVERS TO DEFENDANTS WHOSE MAILINGS WERE
                  RETURNED

10/04/05   DRK1   COMMUNICATE WITH S. FOLEY RE: ORDER GRANTED         0.30

10/04/05   DRK1   TELEPHONE CONVERSATION WITH DEFENDANT RE: WAIVER    0.20
                  OF SERVICE

10/05/05   DRK1   TELEPHONE CONVERSATION WITH DEFENDANT RE: WAIVER    0.20
                  OF NOTICE OF SERVICE

10/05/05    PL    REVIEW OF CHANCERY RULES RE PRACTICES FOR MOTION    0.80
                  TO DISMISS
```

```
GOLDBERG, PIKE & BESCHE, P.C.                    Client:  800
11/30/05                                         Matter:  75412
Page 4                                           Invoice: 549948

   Date     Atty           Professional Services                    Hours
---------   ----  ----------------------------------------------   --------

10/07/05    DRK1  REVIEW RETURN OF WAIVERS FROM DEFENDANTS           0.20

10/10/05    DRK1  COORDINATE FILING OF RETURN OF SERVICE AND         0.50
                  WAIVERS OF SERVICE

10/11/05    DRK1  CONTINUE TO COORDINATE PAYMENT OF $10,000          0.30
                  CHECK INTO COURT

10/11/05    DRK1  CONTINUE TO COORDINATE FILING OF RETURN OF         0.30
                  SERVICE AND WAIVERS OF SERVICE WITH COURT

10/11/05     PL   ELECTRONICALLY FILED WITH COURT RE WAIVER          1.50
                  EXECUTED SUMMONS OF TRUCKING EXPRESS.
                  ELECTRONICALLY FORMATTING RE OBTAINED WAIVER.

10/11/05     PL   PREPARE INFORMATION RE CORRESPONDENCE TO           1.00
                  CLERK'S OFFICE.

10/11/05     PL   ELECTRONICALLY FILED WITH THE COURT RE             2.00
                  WAIVERS OF SUMMONS

10/12/05    DRK1  PREPARE E-MAIL TO S. FOLEY RE: STATUS OF           0.80
                  SERVICE, FILING OF CHECK WITH COURT

10/12/05     PL   ELECTRONICALLY FORMATTED DAN SULLIVAN              0.30
                  TRUCKING INVOICE CLAIMS

10/13/05    DRK1  REVIEW WAIVER OF SERVICE RECEIVED                  0.20

10/18/05     PL   ELECTRONICALLY FILED WITH THE COURT RE             0.30
                  EXECUTED WAIVER OF SUMMONS

10/18/05     PL   ELECTRONICALLY FILED WITH THE COURT RE             0.30
                  EXECUTED WAIVER OF SUMMONS

10/18/05    DRK1  FILED WAIVERS OF SERVICE RECEIVED FROM             0.30
                  DEFENDANTS.3

10/19/05    DRK1  COMMUNICATE WITH S. FOLEY RE: SERVICE ON           0.50
                  DEFENDANTS AND STATUS OF SERVICE
```

```
GOLDBERG, PIKE & BESCHE, P.C.                    Client:  800
11/30/05                                         Matter:  75412
Page 5                                           Invoice: 549948

   Date   Atty         Professional Services                        Hours
 --------  ----  ------------------------------------------------  --------


10/24/05  DRK1  REVIEW WAIVER OF SERVICE FROM K TRUCK LINES AND HAVE    0.20
                SAME FILED WITH COURT

10/24/05        PL ELECTRONICALLY FORMATTING SCANNING RE EXECUTED WAIVER 0.10
                OF SUMMONS

10/25/05        PL ELECTRONICALLY FILED WITH THE COURT RE EXECUTED WAIVER 0.20
                OF SUMMONS

10/31/05  DRK1  REVIEW AND HAVE FILED WITH COURT WAIVER OF NOTICE FROM   0.20
                ACME TRUCKING
                                                                      ---------
                                                      TOTAL Hours       45.30
                                                                      =========

              Attorney                     Hours      Rate         Amount
   ------------------------------------  ---------  ---------  -------------
      DANIEL P. DALY                         0.40     160.00          64.00
      BRIAN L. KASPRZAK                      0.50     160.00          80.00
      DONALD R. KINSLEY                     17.00     160.00       2,720.00
      PARALEGAL                             27.40      90.00       2,466.00
                                                               -------------
                                              TOTAL Current Fees   $5,330.00

                        Costs Advanced                              Amount
 --------  ------------------------------------------------------  -------------
09/05/05  CONFERENCE CALL EXPENSE - VERIZON/DK                            1.20
09/14/05  COURT FILING FEE - COURT FILING FEE - 9.14.05                 250.00
10/05/05  CONFERENCE EXPENSES - CONFERENCE EXPENSE/DON                    1.09
          KINSLEY/$1.10
                                                                   -------------
                                              TOTAL Current Costs    $252.29
```

```
GOLDBERG, PIKE & BESCHE, P.C.                    Client: 800
11/30/05                                         Matter: 75412
Page 6                                          Invoice: 549948


                           Current Invoice Due      $5,582.29
                           Prior Payments/Credits

                           Applied To This Invoice  $5,582.29cr

                           Balance Due On This Invoice  $0.00
                                                   =============

        ENCLOSED PLEASE FIND OUR STATEMENT.  THANK YOU FOR
        PERMITTING US TO HANDLE THIS MATTER ON YOUR BEHALF.
```

```
     GOLDBERG, PIKE & BESCHE, P.C.
     100 S. CHARLES STREET
     TOWER II, SUITE 1001
     BALTIMORE, MD 21201
     ATTN:SEAN P. FOLEY, ESQUIRE

     Our File No. 800-75412

      TAX ID# 23-2421281


     MISCELLANEOUS BILLABLE CASES                              Date: 03/03/06
     Re: U.S. SURETY CO. V. M. MILLER TRUCKING, ET AL          Invoice: 569952

     CONTACT         : SEAN P. FOLEY, ESQUIRE
     Case Type       : INTERPLEADER, INDEMNITY, SURETY BOND




     IMPORTANT NOTICE:  To ensure the proper payment application
     to your account, please record our invoice number on your
     check.

     For Professional Services Rendered and Costs Advanced through 01/31/06

     Date    Atty         Professional Services                            Hours
     -------- ----  -----------------------------------------------------  --------

     11/01/05 DRK1 COORDINATE FILING OF WAIVER OF NOTICE FROM CLAIMAINT      0.30

     11/01/05   PL ELECTRONICALLY FILED WITH THE COURT RE EXECUTED WAIVER    0.20
                   OF SUMMONS

     11/15/05  DPD REVIEW FILE AND PREPARE INFORMATION RE: STATUS OF         0.90
                   SERVICE ON DEFENDANTS (ABOUT 35 PARTIES)

     11/17/05 DRK1 REVIEW AND ANALYZE SERVICE ON DEFENDANTS AND STATUS       0.30

     11/17/05   PL OBTAINED UPDATED SERVICE LOCATIONS FOR 3 DEFENDANTS IN    0.50
                   INTERPLEADER ACTION.

     11/17/05  DPD  LEGAL RESEARCH RE: SERVICE REQUIREMENTS FOR              3.60
                   DEFENDANTS WHO FAIL TO EXECUTE WAIVER; RESEARCH RE:
                   IDENTIFICATION OF VALID SERVICE ADDRESSES FOR UNSERVED
                   DEFENDANTS; REVIEW FILE RE: IDENTIFICATION OF
                   OUTSTANDING WAIVERS OF SERVICE

     11/18/05 DRK1 DISCUSSION WITH COUNSEL RE: SERVICE ON DEFENDANTS         0.40
```

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
SUITE 1900 • 1800 JOHN F. KENNEDY BOULEVARD • PHILADELPHIA, PA 19103
SUITE 300 • COOPER RIVER WEST • 6981 NORTH PARK DRIVE • PENNSAUKEN, NJ 08109
SUITE 800 • 913 NORTH MARKET STREET • WILMINGTON, DE 19801
SUITE 2600 • GULF TOWER • 707 GRANT STREET • PITTSBURGH, PA 15219
(215) 564-6688 • (856) 663-4300 • (302) 658-6538 • (412) 391-6171

```
GOLDBERG, PIKE & BESCHE, P.C.                        Client:  800
03/03/06                                             Matter:  75412
Page 2                                               Invoice: 569952

   Date    Atty              Professional Services                     Hours
--------   ----  -----------------------------------------------       -----

11/18/05   DPD   RESEARCH PROCESS SERVICE ISSUES - LEGAL SERVICES AND   0.70
                 COORDINATION

11/28/05   DPD   TELEPHONE CONVERSATION WITH US MARSHALS OFFICE RE:     0.10
                 SERVICE

11/30/05   DPD   RESEARCH RE: REQUIREMENTS AND FEES FOR SERVICE BY US   0.40
                 MARSHALS

12/14/05   DRK1  PREPARE COMMUNICATION TO S. FOLEY RE; AFFIDAVIT OF     0.10
                 DEMAND

12/15/05   DRK1  COORDINATE MAILING OF COMPLAINT AND SUMMONS TO         1.90
                 NON-RESPONDING DEFENDANTS

12/15/05   PL    REVIEW AND REVISE PRAECIPE, SUMMONS.  CONFIRM SERVICE  0.50
                 OF COMPANY VIA REGISTERED AGENT.

12/15/05   PL    TELEPHONE CONVERSATION WITH DELAWARE CORPORATIONS RE:  0.30
                 REGISTERED AGENT.

12/16/05   DRK1  COORDINATE ISSUANCE OF SUMMONS AND MAILING OF          2.80
                 COMPLAINT AND SUMMONS TO 33 REMAINING DEFENDANTS VIA
                 CERTIFIED MAIL

12/16/05   PL    PREPARING AND SERVING CORRESPONDENCE RE CIVIL COVER    1.70
                 SHEET, SUMMONS, COMPLAINT, AND MOTION FOR LEAVE TO
                 DEPOSIT FUNDS TO A NUMBER OF DEFENDANTS. (33).

12/16/05   PL    BEGIN TO REVIEW RELEVANT DOCUMENTS RE CASE INFORMATION 1.80
                 IN PREPARING RE CIVIL COVER SHEET, SUMMONS, AND
                 COMPLAINT, TO A NUMBER OF DEFENDANTS (33).

12/16/05   PL    PREPARING AND SERVING CORRESPONDENCE RE CIVIL COVER    1.70
                 SHEET, SUMMONS, COMPLAINT, AND MOTION FOR LEAVE TO
                 DEPOSIT FUNDS TO A NUMBER OF DEFENDANTS (33).

12/16/05   PL    CONTINUED REVIEWING RELEVANT DOCUMENTS RE CASE         1.60
                 INFORMATION IN PREPARING RE CIVIL COVER SHEET,
```

```
GOLDBERG, PIKE & BESCHE, P.C.                    Client:  800
03/03/06                                         Matter:  75412
Page 3                                           Invoice: 569952

   Date   Atty           Professional Services                    Hours
 --------  ----  ---------------------------------------------  --------
                 SUMMONS, AND COMPLAINT, TO A NUMBER OF DEFENDANTS
                 (33).

12/19/05 DRK1 TELEPHONE CONVERSATION WITH DEFENDANTS IN INTERPLEADER    0.50
              ACTION RE: SERVICE OF SUMMONS AND RESPONSE

12/21/05 DRK1 TELEPHONE CONVERSATION WITH DEFENDANT IN INTERPLEADER     0.20
              ACTION

12/22/05   PL UPDATE STATUS,  WENT OVER ISSUES AT HAND AND TEAM         0.10
              PLANNING RE TEAM MEETING

12/22/05   PL ELECTRONICALLY FORMATTED DOCUMENTS RE SUMMONS RETURNED    0.60
              EXECUTED BY US SURETY RE A NUMBER OF DEFENDANTS BEING
              FORMATTED

12/22/05   PL ELECTRONICALLY FILE WITH THE COURT  DOCUMENTS RE          0.50
              SUMMONS RETURNED EXECUTED BY US SURETY RE A NUMBER OF
              DEFENDANTS BEING FILED

12/23/05 DRK1 REVIEW RETURNS OF SERVICE FILED WITH COURT                0.20

01/03/06 DRK1 REVIEW AND COORDINATE FILING OF RETURNS OF SERVICE        1.00
              WITH COURT

01/03/06   PL PREPARE  RETURN OF SERVICE OF SUMMONS FOR FILING WITH     1.80
              COURT (18 DEFENDANTS)

01/03/06   PL ELECTRONICALLY FILED WITH THE COURT  DOCUMENTS RE         0.50
              SUMMONS RETURNED EXECUTED BY US SURETY RE A NUMBER OF
              DEFENDANTS BEING FILED  (7 DEFENDANTS)

01/03/06   PL ELECTRONICALLY FILED WITH THE COURT  DOCUMENTS RE         0.60
              SUMMONS RETURNED EXECUTED BY US SURETY RE A NUMBER OF
              DEFENDANTS BEING FILED  (11 DEFENDANTS)

01/04/06   PL REVIEWED RELEVANT DOCUMENTS RE RETURNS OF SERVICE OF      0.30
              SUMMONS  AND CURRENT CERTIFICATE OF SERVICE RE UPDATED
              MASTER SERVICE LIST
```

```
GOLDBERG, PIKE & BESCHE, P.C.                    Client:  800
03/03/06                                         Matter:  75412
Page 4                                           Invoice: 569952

  Date    Atty          Professional Services                      Hours
--------  ----   --------------------------------------------     --------

01/05/06  DRK1   TELEPHONE CONVERSATION WITH DEFENDANTS              0.20

01/05/06  DRK1   REVIEW AND ANALYZE PLEADINGS AND COMMUNICATIONS RE: 0.20
                 DISCUSSION WITH COUNSEL OF STATUS AND STRATEGY

01/05/06   PL    PORTION OF TIME FROM CASE RENDERED REVIEW RELEVANT  0.30
                 DOCUMENTS RE:STATUS, UPDATES, AND SERVICE RE:
                 DISCOVERY AND TRACKING

01/06/06  DRK1   TELEPHONE CONVERSATION WITH DEFENDANTS RE: COMPLAINT 0.30
                 AND RESPONSE

01/10/06   PL    ELECTRONICALLY FORMATTED DOCUMENTS RE: EXECUTED RETURN 0.30
                 OF SERVICE OF SUMMONS RE: 2 DEFENDANTS (BEST FREIGHT
                 SYSTEMS AND CJW TRANSPORT, INC.)

01/10/06   PL    ELECTRONICALLY FILED DOCUMENTS WITH THE COURT WEBSITE 0.40
                 RE: EXECUTED RETURN OF SERVICE OF SUMMONS RE: 2
                 DEFENDANTS (BEST FREIGHT SYSTEMS AND CJW TRANSPORT,
                 INC.)

01/11/06  DRK1   COMMUNICATE WITH DEFENDANTS RE: INTERPLEADER ACTION  0.30

01/12/06  DRK1   REVIEW AND ANALYZE ANSWER FILED BY NELSON FREIGHT IN 0.50
                 INTERPLEADER ACTION AND COMMUNICATE FILING OF SAME
                 WITH S. FOLEY

01/12/06  DRK1   COMMUNICATE WITH DEFENDANTS RE: STATUS               0.40

01/17/06  DRK1   TELEPHONE CONVERSATION WITH BEST FREIGHT SYSTEMS RE: 0.30
                 SERVICE AND WAIVER OF SERVICE

01/17/06  DRK1   DISCUSSION WITH DEFENDANTS RE: SERVICE OF COMPLAINT  0.30
                 AND RESPONSE

01/18/06   PL    REVIEW RELEVANT DOCUMENTS  RE: SUMMONS, WAIVERS, AND 0.60
                 COMPLAINT TO CERTAIN DEFENDANTS CROSS REFERENCED TO
                 RECIEVED SUMMONS AND WAIVERS
```

```
GOLDBERG, PIKE & BESCHE, P.C.                    Client:  800
03/03/06                                         Matter:  75412
Page 5                                           Invoice: 569952

   Date    Atty          Professional Services                    Hours
--------   ----   -----------------------------------------------  -----

01/18/06    PL  PORTION OF TIME FROM CASE RENDERED RE: REVIEW RELEVANT    0.60
                DOCUMENTS RE: STATUS, UPDATES, AND SERVICE, SUMMONS
                AND CERTIFIED LETTERS

01/20/06    PL  REVIEW RELEVANT DOCUMENTS RE: OBTAIN AND UPDATE            0.30
                SERVICE LISTS

01/23/06   DRK1 COMMUNICATE WITH S. FOLEY RE: WITHDRAWAL OF COUNSEL        0.30
                FOR NELSON FREIGHT

01/23/06   DRK1 REVIEW OF WITHDRAWAL OF COUNSEL FOR NELSON FREIGHT         0.50

01/23/06    PL  REVIEW RELEVANT DOCUMENTS RE: SUMMONS AND WAIVERS SENT     1.00
                TO DEFENDANTS CROSS-REFERENCED WITH THE RETURNED
                SUMMONS AND WAIVERS RE: UPDATED SERVICE LISTS

01/23/06    PL  BEGIN TO REVIEW RELEVANT DOCUMENTS RE: CORRESPONDENCE,     0.60
                PLEADINGS RE: UPDATING FILE

01/25/06    PL  REVIEW RELEVANT DOCUMENTS RE: SUMMONS AND WAIVERS SENT     0.40
                TO DEFENDANTS  RE: UPDATED SERVICE LISTS

01/26/06   DRK1 COORDINATE FILING OF CERTIFIED MAIL RECEIPTS RECEIVED      0.30

01/26/06    PL  BEGIN TO REVIEW RELEVANT DOCUMENTS RE: CORRESPONDENCE,     0.60
                 PLEADINGS AND UPDATING FILE

01/26/06    PL  ELECTRONICALLY FORMATTED DOCUMENTS RE: SCANNING :          0.30
                RETURNED SERVICE OF SUMMONS RE: BUNCH TRANSPORT AND
                PETERS TRUCKING

01/26/06    PL  ELECTRONICALLY FILED DOCUMENTS WITH THE COURT RE:          0.40
                RETURNED SERVICE OF SUMMONS RE: BUNCH TRANSPORT AND
                PETERS TRUCKING

01/27/06   DRK1 REVIEW ORDER FROM COURT RE: REPRESENTATION OF NELSON       0.20
                FREIGHT
```

```
GOLDBERG, PIKE & BESCHE, P.C.                    Client:  800
03/03/06                                         Matter:  75412
Page 6                                           Invoice: 569952

  Date    Atty            Professional Services                    Hours
--------  ----  ------------------------------------------------  --------

01/27/06  DRK1  PREPARE COMMUNICATION TO S. FOLEY RE: REPRESENTATION   0.20
                OF NELSON FRIEGHT

01/27/06   PL   CONTINUED TO REVIEW RELEVANT DOCUMENTS RE:             0.70
                CORRESPONDENCE,  PLEADINGS AND UPDATING FILE
                                                                   ---------
                                              TOTAL Hours             36.60
                                                                   =========

              Attorney                  Hours        Rate         Amount
       --------------------------     ----------  ----------  -------------

        DANIEL P. DALY                    5.70      160.00          912.00
        DONALD R. KINSLEY                11.70      160.00        1,872.00
        PARALEGAL                        19.20       90.00        1,728.00
                                                                -------------
                                     TOTAL Current Fees         $4,512.00

                    Costs Advanced                               Amount
--------  ------------------------------------------------  -------------

11/05/05  CONFERENCE CALL EXPENSE - TELEPHONE CHARGE/DONALD           1.16
          KINSLEY
12/15/05  FEDERAL EXPRESS - FEDEX - INVOICE #324738908               23.20
12/19/05  PHOTOGRAPHS - POSTAGE                                       7.36
                                                                -------------
                                     TOTAL Current Costs           $31.72


                                     Current Invoice Due        $4,543.72
                                                                =============

        ENCLOSED PLEASE FIND OUR STATEMENT.  THANK YOU FOR
        PERMITTING US TO HANDLE THIS MATTER ON YOUR BEHALF.
```