IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES SURETY COMPANY | * | |
| Plaintiff | * | Civil Action No.: 05-675 GMS |
| v. | * | |
| M. MILLER TRUCKING, et al. | * | |
| Defendants | * | |

**AFFIDAVIT**

STATE OF DELAWARE       )
                        )  SS.
COUNTY OF NEW CASTLE    )

I, Donald R. Kinsley, Esquire, being duly sworn according to law, depose and state as follows:

1. I am attorney of record for Plaintiff United States Surety Company in the above-referenced case and am authorized to make this affidavit on behalf of Marks, O'Neill, O'Brien & Courtney, P.C. The matters contained herein are within my personal knowledge.

2. The attached summary of attorney's fees are true and accurate as of the date of this filing.

Further affiant sayeth not.

_____
Donald R. Kinsley, Esquire

SWORN TO AND SUBSCRIBED before me this ___ day of April, 2006.

_____
Notary Public
My Commission Expires

{DE055138.1}