**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

UNITED STATES SURETY COMPANY    *

      Plaintiff    *    Civil Action No.:    05-675 GMS

      v.    *

M. MILLER TRUCKING, et al.    *

      Defendants    *

**ORDER**

In consideration of Plaintiff's Motion to Discharge Plaintiff in Interpleader, and all responses,

IT IS ORDERED that Plaintiff's Motion is Granted.

_____
U.S. District Judge Gregory M. Sleet

{DE056481.1}