IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES SURETY COMPANY | * | |
|     Plaintiff | * | Civil Action No.:   05-675 GMS |
|     v. | * | |
| M. MILLER TRUCKING, et al. | * | |
|     Defendants | * | |

**ORDER**

In consideration of Plaintiff's Petition for Reimbursement of Fees and Costs, and all responses,

IT IS ORDERED that:

1. The Petition is GRANTED.

2. The Clerk of Court shall disburse the amount of $ _____ to the Plaintiff from the funds currently on deposit with the Registry of Court.

_____
U.S. District Judge Gregory M. Sleet

{DE056397.1}