# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES SURETY COMPANY | * | |
| Plaintiff | * | Civil Action No.: 05-675 GMS |
| v. | * | |
| M. MILLER TRUCKING, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I, hereby certify that on **April 20, 2006**, I electronically filed **Plaintiff's Motion to Discharge Plaintiff in Interpleader and Petition for Attorneys Fees and Costs, attached Exhibits, and proposed Orders** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Steven E. Wolfe, Esq.
Coggins & Wolfe
900 26th Street, Suite 2
Menominee, MI 49858
*Attorney for Nelson Freight Service, Inc.*

Mr. Victor Donati
CROFT, LLC
P.O. Box 825
McComb, MS 39649

Mr. Robert Wilkins
WILKINS TRUCKING
1094 South Railroad Street
Warsaw, NC 28398

Robert E. Cellasio, President
SUMMIT TRANSPORTATION
SYSTEMS, INC.
3257 49th Street
Pennsauken, NJ 08109

I hereby certify that on April 20, 2006, I have mailed by United States Postal Service, the documents to the above listed non-registered participants.

/s/ Donald R. Kinsley
Donald R. Kinsley, Esquire (I.D. No. 3006)
Brian L. Kasprzak, Esquire (I.D. No. 3846)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 N. Market St., Suite 800
Wilmington, DE  19801
Phone (302) 658-6538
Fax (302) 658-6537
*dkinsley@mooclaw.com*
*bkasprzak@mooclaw.com*
*Attorneys for United States Surety Company*

{DE056485.1}