Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

05cv675GMS

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2006 MAY 31  PM 2: 58

Best Freight Systems, Inc.
Jamie Milks
Registered Agent
2301 Scott Street
Laredo, TX 78040

U.S.M
RAY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES SURETY CO. | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 05-675 GMS |
| | ) |
| BEST FREIGHT SYSTEMS, INC., et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

WHEREAS, on September 16, 2005, the plaintiff filed a Complaint against the above-captioned defendant;

WHEREAS, on January 5, 2006, a return of service executed as to the defendant was filed with the court;

WHEREAS, the defendant's answer to the Complaint was due on January 25, 2006, and

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the defendant;

IT IS HEREBY ORDERED that:

1. The defendant will answer or otherwise respond to the Complaint within five (5) days of the date of this Order.

Dated: March 1, 2006          /s/ Gregory M. Sleet
                              UNITED STATES DISTRICT JUDGE