# Memorandum

**To:** Clerk of Court

**CC:**

**From:** David Aull

**Date:** 6/8/2006

**Re:** 05CV675

---

Dear Clerk of Court,

Could we please receive a copy of this complaint as we do not have one. I would also like to ask for additional time to respond.

Please feel free to contact me if you so desire.

David Aull

Operations Mgr.

Ridge Transportation, Inc.

772-226-2963

1

**FULMER BROTHERS, INC.**
TRUCK BROKERS
1895 90th Avenue
Vero Beach, Florida 32966

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570
Att: Clerk of Court