IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES SURETY COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-675 GMS |
| ) | |
| M. MILLER TRUCKING CO. LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

WHEREAS, on September 16, 2006, the plaintiff filed an interpleader complaint against the above-captioned defendants (D.I. 1);

WHEREAS, on April 20, 2006, the plaintiff filed a motion for attorneys' fees and to discharge the plaintiff in interpleader (D.I. 78);

WHEREAS, on January 30, 2007, the court granted in part and denied in part the motion for attorneys' fees, and the interpleader plaintiff was discharged from this action (D.I. 82);

WHEREAS, to date, the court's docket reflects no further contact with the court by the remaining parties;

IT IS HEREBY ORDERED that:

1. The remaining defendants are directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed for failure to prosecute.

2. If the defendants fail to show cause, in writing, within thirty (30) days, this case will be dismissed without prejudice, and without further notice, pursuant to District of Delaware Local Rule 41.1.

Dated: May __17__, 2007

_____
UNITED STATES DISTRICT JUDGE

FILED
MAY 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE