IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES SURETY COMPANY ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-675 GMS |
| ) | |
| M. MILLER TRUCKING CO., et al. ) | |
| ) | |
| Defendants ) | |

### ORDER

WHEREAS, on May 17, 2007, the Court issued an Order directing the remaining defendants to SHOW CAUSE, in writing, within thirty (30) days from the date of the Order, why the above-captioned case should not be dismissed for failure to prosecute (D.I. 83);

WHEREAS, the remaining defendants were also advised that failure to show cause within 30 days would lead to dismissal of this case, without prejudice, and without further notice;

WHEREAS, to date, the court's docket reflects that the remaining defendants have not shown cause and have had no further contact with the court.

IT IS HEREBY ORDERED that:

The above-captioned civil action is dismissed without prejudice pursuant to District of Delaware Local Rule 41.1.

June __19__, 2006

UNITED STATES DISTRICT JUDGE



FILED

JUN 19 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE